UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT
Bridgeport

STUART & SONS, L.P.,

          *Plaintiff,*

-against-

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY, and THE
BENJAMIN FRANKLIN LITERARY AND
MEDICAL SOCIETY, INC.,

          *Defendants.*

Case No. 301 CV 1580 AHN

November 2, 2004

## MOTION FOR PERMISSION TO ADD ADDITIONAL PLAINTIFFS AND FILE SECOND AMENDED COMPLAINT

The undersigned hereby moves this court for permission to add the following plaintiffs as parties to this action and amend its complaint to state the legal claims of said plaintiffs:

1) Kenneth Stuart, Jr., Executor of the Estate of Kenneth Stuart, Sr.;

2) Kenneth Stuart, Jr., Trustee, of the Kenneth J. Stuart Living Trust;

3) Kenneth Stuart;

4) Jonathan Stuart; and

5) William Stuart.

PLAINTIFF,
STUART & SONS, L.P.

By: _____
Mary E. Sommer, Esq. (ct04345)
Jay Sandak, Esq. (ct06703)
SANDAK HENNESSEY & GRECO LLP
707 Summer Street
Stamford, Connecticut 06901
203-425-4200
203-325-8608 Fax

*Of Counsel*

Peter R. Stern, Esq.
McLAUGHLIN & STERN, LLP
*Attorneys for Plaintiff Stuart & Sons, L.P.*
260 Madison Avenue
New York, NY 10016
212-448-1100
212-448-0066 Fax

2

## ORDER

The foregoing motion having been heard and considered, it is hereby ordered GRANTED/DENIED.

BY THE COURT

_____

3

Case 3:01-cv-01580-AHN   Document 41   Filed 11/05/2004   Page 3 of 4

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 2nd day of November, 2004 to the following counsel of record:

Sandra Akoury, Esq.
Law Offices of Sandra Akoury
Talbot House
426 Danbury Road
Wilton, CT 06897

William M. Bloss, Esq.
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Anthony F. Lo Cicero, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Paul J. Pacifico, Esq.
965 Post Road East
Westport, Ct 06880-5355

Peter L Truebner, Esq.
100 Prospect Street
South Tower
Stamford, CT 06901

Kenneth Stuart, Jr. (Pro Se)
5 High Ridge Road
Wilton, Ct 06897

_____
Mary E. Sommer

4