UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT
Bridgeport

| | |
|---|---|
| STUART & SONS, L.P., | : |
| *Plaintiff,* | : |
| -against- | : |
| | : |
| THE CURTIS PUBLISHING COMPANY, INC., | : |
| THE SATURDAY EVENING POST SOCIETY, A | : Case No. 301 CV 1580 AHN |
| DIVISION OF THE BENJAMIN FRANKLIN | : |
| LITERARY AND MEDICAL SOCIETY, and THE | : |
| BENJAMIN FRANKLIN LITERARY AND | : |
| MEDICAL SOCIETY, INC., | : |
| | : November 2, 2004 |
| *Defendants.* | : |

## STIPULATION RE: ADDITION OF PLAINTIFFS AND
## FILING OF SECOND AMENDED COMPLAINT

The undersigned hereby agree to the addition of the Estate of Kenneth Stuart, Sr., Kenneth Stuart, Jr., Trustee, Kenneth Stuart, Jonathan Stuart and William Stuart.

Plaintiff Stuart & Sons, L.P.

BY _____
Mary E. Sommer (ct04345)
Sandak Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

Plaintiff Stuart & Sons, L.P.

BY _____
Peter R. Stern (ct23260)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Plaintiffs William Stuart and
Jonathan Stuart

BY _____
Sandra Akoury, Esq. (        )
Law Offices of Sandra Akoury
Talbot House
426 Danbury Road
Wilton, Ct 06897

Plaintiffs William Stuart and
Jonathan Stuart

BY _____
Paul J. Pacifico, Esq. (        )
965 Post Road East
Westport, CT 06880-5355

Plaintiff Kenneth Stuart, Jr.,
Trustee of The Kenneth J. Stuart Living
Trust, and the Estate of Kenneth Stuart, Sr.

BY _____
Kenneth Stuart, Jr. (Pro Se)
5 High Ridge Road
Wilton, CT 06897

2

Plaintiff Stuart & Sons, L.P.

BY_____
Peter R. Stern (ct23260)
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Plaintiffs William Stuart and
Jonathan Stuart

BY /s/ Sandra Akoury
Sandra Akoury, Esq. (CT21279)
Law Offices of Sandra Akoury
Talbot House
426 Danbury Road
Wilton, CT 06897

Plaintiffs William Stuart and
Jonathan Stuart

BY /s/ Paul J. Pacifico
Paul J. Pacifico, Esq. (    )
965 Post Road East
Westport, CT 06880-5355

Plaintiff Kenneth Stuart, Jr.,
Trustee of The Kenneth J. Stuart Living
Trust, and the Estate of Kenneth Stuart, Sr.

BY /s/ Kenneth Stuart, Jr.
Kenneth Stuart, Jr. (Pro Se)
5 High Ridge Road
Wilton, CT 06897

2

Defendants,
The Curtis Publishing Company, Inc., The Saturday Evening Post Society, A Division of The Benjamin Franklin Literary And Medical Society, and The Benjamin Franklin Literary and Medical Society, Inc.

BY: /s/ William M. Bloss
William M. Bloss, Esq. (ct01008)
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Defendants,
The Curtis Publishing Company, Inc., The Saturday Evening Post Society, A Division of The Benjamin Franklin Literary And Medical Society, and The Benjamin Franklin Literary and Medical Society, Inc.

BY: _____
Anthony F. Lo Cicero, Esq. (ct04670)
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

3

Defendants,
The Curtis Publishing Company, Inc., The
Saturday Evening Post Society, A Division
of The Benjamin Franklin Literary
And Medical Society, and The Benjamin
Franklin Literary and Medical Society, Inc.

BY: _____ 11/3/04
for William M. Bloss, Esq. (ct01008)
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604


Defendants,
The Curtis Publishing Company, Inc., The
Saturday Evening Post Society, A Division
of The Benjamin Franklin Literary
And Medical Society, and The Benjamin
Franklin Literary and Medical Society, Inc.

BY: _____ 11/3/04
Karen J. Bernstein (ct24254)
Anthony F. Lo Cicero, Esq. (ct04670)
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

3