UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT
Bridgeport

STUART & SONS, L.P.,

          *Plaintiff*,

   -against-

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY, and THE
BENJAMIN FRANKLIN LITERARY AND
MEDICAL SOCIETY, INC.,

          *Defendants*.

Case No. 301 CV 1580 AHN

November 2, 2004

**MOTION FOR PERMISSION TO ADD ADDITIONAL PLAINTIFFS
AND FILE SECOND AMENDED COMPLAINT**

The undersigned hereby moves this court for permission to add the following plaintiffs as parties to this action and amend its complaint to state the legal claims of said plaintiffs:

1) Kenneth Stuart, Jr., Executor of the Estate of Kenneth Stuart, Sr.;

2) Kenneth Stuart, Jr., Trustee, of the Kenneth J. Stuart Living Trust;

3) Kenneth Stuart;

4) Jonathan Stuart; and

5) William Stuart.

SO ORDERED 11/15/2004 GRANTED
ALAN H. NEVAS, U.S.D.J.