01CV1580 STIP

## UNITED STATES DISTRICT
## DISTRICT OF CONNECTICUT
### Bridgeport

STUART & SONS, L.P.,

                *Plaintiff,*

-against-

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY, and THE
BENJAMIN FRANKLIN LITERARY AND
MEDICAL SOCIETY, INC.,

                *Defendants.*

Case No. 301 CV 1580 AHN

November 2, 2004

### STIPULATION RE: ADDITION OF PLAINTIFFS AND FILING OF SECOND AMENDED COMPLAINT

The undersigned hereby agree to the addition of the Estate of Kenneth Stuart, Sr., Kenneth Stuart, Jr., Trustee, Kenneth Stuart, Jonathan Stuart and William Stuart.

Plaintiff Stuart & Sons, L.P.

BY _____
Mary E. Sommer (ct04345)
Sandak Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

11/15/20 04 APPROVED
ALAN H. NEVAS, U.S.D.J.
SO ORDERED