# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Stuart - Sons, L.P., et al.

v.

The Curtis Publishing Company Inc.; et al.

APPEARANCE

FILED
2004 NOV -8  P 12:58

U.S. DISTRICT COURT

CASE NUMBER: 301-CV-1580 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

William A. Stuart, M.D.
Jonathan Stuart

Date: 11/8/04

Connecticut Federal Bar Number: CT 044871

Telephone Number: 203 221 8066

Fax Number: 203 221 8068

E-mail address: paul.pacifico@pacificofilan.com

Signature: [signed]

Print Clearly or Type Name: Paul J. Pacifico

Address: 965 Post Road East
Westport, CT 06880

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached list.

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

      This is to certify that a copy of the foregoing Appearance was sent via U.S. Mail, postage prepaid, on this 8th day of November, 2004, to the following counsel and *pro se* parties of record:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Anthony F. LoCicero, Esq.
Karen J. Berstein, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Peter R. Stern, Esq.
McLauglin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Mary E. Sommer, Esq.
Sandack, Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

Sandra J. Akoury, Esq.
426 Danbury Road
Wilton, CT 06897

Kenneth J. Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897

_____
Paul J. Pacifico, Esq.