# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## APPEARANCE

FILED
2004 NOV -8 P 12: 58

Stuart + Sons, L.P., et al.
v.
The Curtis Publishing Company, Inc., et al.

CASE NUMBER: 301 - CV - 1580 (AHN)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

William A. Stuart, M.D.
Jonathan Stuart

---

**Date:** 11/8/04

**Connecticut Federal Bar Number:** CT 21279

**Telephone Number:** 203-563-9230

**Fax Number:** 203-563-0834

**E-mail address:** sam@akourylaw.com

**Signature:** /s/ Sandra J. Akoury

**Print Clearly or Type Name:** Sandra J. Akoury

**Address:** 426 Danbury Rd.
Wilton, CT 06897

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Please see attached list.

**Signature:** /s/ Sandra J. Akoury

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was sent via U.S. mail, postage prepaid, on this 8th day of November, 2004, to the following counsel and *pro se* parties of record:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P,C.
350 Fairfield Avenue
Bridgeport, CT 06604

Anthony F. LoCicero, Esq.
Karen J. Bernstein, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Peter R. Stern, Esq.
McLauglin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

Paul J. Pacifico, Esq.
965 Post Road East
Westport, CT 06880

Kenneth J. Stuart Jr.
5 High Ridge Road
Wilton, CT 06897

_____
Sandra J. Akoury