SEP-13-2001 16:56     JACOBS GRUDBERG BELT DOW         203 772 1691

LAW OFFICES
JOHN I. DONNA

JAMES F. DONNA
JOHN J. DONNA

CHRISTINE E. D[o...]
ROBERT W. DON[...]

80 NORTH STREET
PITTSFIELD, MASSACHUSETTS

August 25, 1955

Mr. Kenneth Stuart
Art Editor
The Saturday Evening Post
Philadelphia 5, Pennsylvania

Dear Mr. Stuart:

Being in the process of doing some estate planning and drawing a new will for Mr. Norman Rockwell of Stockbridge, I am writing to obtain, if possible, an itemized list of Norman's origi[nal] paintings now in your possession together with your estimate of th[e] value of each.

My purpose in writing this letter is not to raise any question concerning ownership but to be able to estimate and minimize federal estate and state inheritance taxes intelligently base[d] upon what paintings may be available and the values thereof.

Norman advises me that there are paintings which the Post will definitely want to keep; others which they may want to keep; and some which the Post would allow members of his family to keep or to be disposed of by his estate.

It will be appreciated if the list can be marked to show the Post's wishes in the matter. Norman would like to have the "Four Freedoms" available to his family if these are not to be displayed permanently by the Post.

My purpose in writing to you is that Norman feels you are the best qualified person he knows to estimate the individual value[s] of these paintings and by ascertaining the individual values of those available to him or his estate we may be in a position to min[...] imize estate taxes by taking advantage of some of the gift provisio[ns] in the Code and also earmark money for the payment of estate taxes.

I would also like to ascertain at this time if you would b[e] willing to act as an official estate appraiser of these paintings and of any other paintings Norman may have in the event of his demi[se].

Very truly yours,

*John J. Donna*

John J. Donna

JJD:eep
cc: Mr. Rockwell