SEP-13-2001 16:57       JACOBS GRUDBERG BELT DOW                    203 772 1691

THE SATURDAY EVENING POST

Kenneth Stuart
Art Editor

The Curtis Publishing
Company
Philadelphia 5

September 9, 1955

Mr. John J. Donne
28 North Street
Pittsfield, Massachusetts

Dear Mr. Donna:

I was sorry to take so much of your time over the phone today, but it seemed best that we discuss your letter thoroughly.

Our company owns all rights to Norman's paintings, including the ownership of the originals, as you point out. We have for years however, returned a great portion of the originals to the artist particularly where we did not need them for decoration or for promotional purposes.

Norman mentioned to me in the fall of 1954 that he would like any originals of his which we did not intend to keep made available to his heirs, meaning his three children and Mary. I told him at that time we couldn't go back to the paintings he had made for us in the past, but those he was working on could be grouped and kept available for his heirs if they ever asked for them. All these paintings are now in a show which has spent the summer at the Corcoran Gallery in Washington, D. C. As I mentioned over the phone, we have spent several thousand dollars on this exhibition promotional uses, and the paintings would be available when we no longer need them. Attached is a list of the paintings. I feel we should include the mermaid cover inasmuch as it was in sketch for at the time of our talk. We value these paintings at $1,000. each this time. I spoke with some of the other men here about the "Four Freedoms," and it is the wish of our company to have them permanently displayed here.

You also ask if I would be willing to act as an official estate appraiser of these and any other paintings by Rockwell in the event of his demise. I would be honored to be of any help.

Sincerely,

KENNETH STUART

KS:lb
Att.