```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

|                              |   |                          |
|------------------------------|---|--------------------------|
| STUART & SONS, INC.          | : |                          |
|                              | : |                          |
| v.                           | : | CIV. NO. 3:01CV1580 (AHN)|
|                              | : |                          |
| CURTIS PUBLISHING CO., ET AL | : |                          |

### SCHEDULING ORDER

A telephone conference was held on January 11, 2005. After discussion, and with agreement of counsel the following scheduling order was entered.

Plaintiff will serve its document request and respond to defendants' document request on or before January 21, 2005. The parties agreed to confer regarding defendants' settlement proposal. The parties are encouraged to contact the Court for assistance in furthering their settlement discussions. The parties will contact the Court if plaintiff is unable to respond to defendants' settlement proposal before Friday, February 4, 2005.

The parties will contact the Court immediately if there are any problems complying with this scheduling order, so that timely orders may enter.

SO ORDERED at Bridgeport this 11th day of January 2005.

                                            _____/s/_____
                                            HOLLY B. FITZSIMMONS
                                            UNITED STATES MAGISTRATE JUDGE