UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

---------------------------------------------------- x

STUART & SONS, L.P., KENNETH STUART, JR., EXECUTOR OF THE ESTATE OF KENNETH STUART, SR.; TRUSTEE OF THE KENNETH J. STUART TRUST; KENNETH STUART, JR., WILLIAM STUART AND JONATHAN STUART,

:
:
:
:
:
:
: Case No. 301 CV 1580 (AHN)
:
Plaintiffs,  :
:
-against-  :
:
THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC.,
:
:
:
: JUNE 1, 2005
:
:
:
Defendants.  :

---------------------------------------------------- x

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT I OF DEFENDANTS' COUNTERCLAIMS (OWNERSHIP OF THE PAINTINGS)**

Pursuant to Federal Rule of Civil Procedure 56, Defendants, the Curtis Publishing Company, Inc., The Saturday Evening Post Society, a Division of the Benjamin Franklin Literary and Medical Society and the Benjamin Franklin Literary and Medical Society, Inc. (collectively, "Defendants") hereby move for Summary Judgment of ownership of three Paintings entitled, "Saying Grace," "The Gossips," and "Walking to Church" (collectively, the "Paintings"), on the ground that their right to and ownership of the paintings is not subject to a material factual dispute. A memorandum of law, Rule 56 statement of undisputed facts with attached declaration and exhibits, and notice to pro se party are filed herewith.

310653.1

Respectfully submitted,

ATTORNEYS FOR DEFENDANTS

Dated:   June 1, 2005

By: _____
William M. Bloss (CT 01008)
KOSKOFF KOSKOFF & BIEDER P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 336-4421

Anthony F. Lo Cicero (CT 04670)
Karen J. Bernstein (CT 24254)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000

<u>Of Counsel</u>:

Gene R. Leeuw (#08754-49)
John M. Mead (#17459-49)
LEEUW OBERLIES & CAMPBELL
320 North Meridian Street
Suite 1006
Indianapolis, IN 46204
Tel: (317) 684-6960

310653.1

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT I (OWNERSHIP OF THE PAINTINGS) by causing copies thereof to be served as follows:

### *By Hand Delivery*

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

### *Via Federal Express*

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.: (203) 431-8236

Dated:                                           _____
   June 1, 2005                                         William M. Bloss

310653.1