UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

---------------------------------------------- x

STUART & SONS, L.P., KENNETH STUART, JR., EXECUTOR OF THE ESTATE OF KENNETH STUART, SR.; TRUSTEE OF THE KENNETH J. STUART TRUST; KENNETH STUART, JR., WILLIAM STUART AND JONATHAN STUART,

    Plaintiffs,

-against-

THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC.,

    Defendants.

Case No. 301 CV 1580 (AHN)

---------------------------------------------- x

**DECLARATION OF WILLIAM M. BLOSS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT I OF DEFENDANTS' COUNTERCLAIMS (OWNERSHIP OF THE PAINTINGS)**

    1.    I am a member of the law firm of Koskoff, Koskoff & Bieder, counsel for Defendants The Curtis Publishing Company, Inc., The Saturday Evening Post Society, a Division of The Benjamin Franklin Literary and Medical Society and The Benjamin Franklin Literary and Medical Society, Inc. (collectively, "Defendants").

    2.    I submit this Declaration in Support of Defendants' Motion for Summary Judgment on Count I of Defendants' Counterclaims (Ownership of the Paintings). I understand that the documents attached to this declaration are what they purport to be.

311729.1

3.Attached hereto as Exhibit A is a copy of a portion of a Memorandum of Decision, dated June 28, 2004 in the matter of *Stuart v. Stuart*, X08 CV 02 019031 (Adams, J.) (Conn. Sup. Ct.).

4.Attached hereto as Exhibit B is a copy of Preliminary Statement of issues filed by Kenneth Stuart, Jr. seeking appeal of the Connecticut Superior Court decision, dated July 19, 2004.

5.Attached hereto as Exhibit C are true and correct copies of standard Curtis "confirmation" or "purchase" orders.

6.Attached hereto as Exhibit D is a copy of the Affidavit of Kenneth James Stuart, dated May 21, 1985.

7.Attached hereto as Exhibit E is a copy of the Affidavit Upon Oral Examination of Kenneth Stuart, Sr., dated May 21, 1985 (page 3 missing).

8.Attached hereto as Exhibit F is a copy of a letter dated February 23, 1970 from Norman Rockwell to Jane Milligan.

9.Attached hereto as Exhibit G is a true and correct copy of an Order dated November 15, 2004 granting the Stipulation Re: Addition of Plaintiffs and Filing of Second Amended Complaint.

I declare under penalty of perjury that all of the foregoing is true to the best of my knowledge and belief.

Bridgeport, Connecticut
June 1, 2005

_____
William M. Bloss

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is one of the attorneys for defendants in the above-captioned action and that on June 1, 2005, served copies of the foregoing DECLARATION OF WILLIAM M. BLOSS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT I OF DEFENDANTS' COUNTERCLAIMS (OWNERSHIP OF THE PAINTINGS) by causing copies thereof to be served as follows:

### *By Hand Delivery*

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

### *Via Federal Express*

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.: (203) 431-8236

_____
William M. Bloss