<div style="transform: rotate(-90deg)">

THE GALLAGHER LAW FIRM • ATTORNEYS AT LAW • JURIS NO. 101311
1377 ELLA T. GRASSO BOULEVARD • P. O. BOX 1925 • NEW HAVEN, CONN. 06509-1925
(203) 624-4165 • TELEFAX (203) 865-5598

</div>

## APPELLATE COURT

## STATE OF CONNECTICUT

A.C. NO.                            :    SUPERIOR COURT
                                    :    COMPLEX LITIGATION DOCKET
                                    :
WILLIAM STUART, ET AL               :    J.D. OF STAMFORD/NORWALK
                                    :
vs.                                 :    AT STAMFORD
                                    :
KENNETH STUART, JR., ET AL          :    JULY 19, 2004

### PRELIMINARY STATEMENT OF ISSUES

Pursuant to Section 63-4 of the Practice Book, the defendants-appellants hereby

make a preliminary statement of the issues they intend to present on appeal.

Did the court err:

1.    In rendering judgment for the plaintiffs as reflected in the court's
      memorandum of decision filed June 28, 2004?

2.    In its factual findings contained in the memorandum of decision, which the
      defendants claim are either clearly erroneous or found without evidence?

3.    In the manner in which the court awarded damages, including its
      calculation of interest?

4.    In holding for the plaintiffs on their statutory theft claim?

5.    The trial was lengthy and complex, and a more detailed statement of the
      issues intended to be raised on appeal will be made in the defendants'
      brief.

                            THE DEFENDANTS-APPELLANTS,
                            Kenneth J. Stuart, et al


                    By: _____
                            WILLIAM F. GALLAGHER
                            The Gallagher Law Firm
                            His Attorneys.



**_CERTIFICATION OF SERVICE_**

Pursuant to Section 62-7, the undersigned hereby certifies that a copy of the foregoing has been served on each counsel of record in the above matter, whose name, address, telephone and facsimile number appears below:

Pacifico & Filan, LLP
965 Post Road East
Westport, CT 06880
Tel:  (203) 221-8066
Fax:  (203) 221-8068
Juris # 418411

Sandra Akoury, Esq.
426 Danbury Road
Wilton, CT 06897
Tel:  (203) 730-1930
Fax:  (203) 563-9230
Juris # 415140

Diserio, Martin, O'Connor & Castiglioni
One Atlantic Street
Stamford, CT 06901
Tel: (203) 358-0800
Fax: (203) 348-2321
Juris # 102036

Robert Slavitt, Esq.
Slavitt, Connery & Vardamis
618 West Avenue
Norwalk, CT 06852
Tel: (203) 838-7555
Fax: (203) 866-9724
Juris # 058841

Joseph Secola, Esq.
67 Federal Road
Building A, Suite 500
Brookfield, CT 06804
Tel:  (203)740-2350
Fax:  (203)740-2355
Juris # 102902

WILLIAM F. GALLAGHER

THE GALLAGHER LAW FIRM  •  ATTORNEYS AT LAW
1377 ELLA T. GRASSO BOULEVARD  •  P. O. BOX 1925  •  NEW HAVEN, CONN. 06509-1925  •  JURIS NO. 101311
(203) 624-4165  •  TELEFAX (203) 865-5598