## THE CURTIS PUBLISHING COMPANY
666 FIFTH AVENUE
NEW YORK, N.Y. 10019
956-4000

*To:*

*We enclose our check*
*in payment for your*

*for*
*art work as follows:*

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in art work appearing in its publications, including the right to copyright the same.

Although all art work is purchased outright, and for reproduction in the Curtis publications, Curtis will, on request, reassign to the artist the world book rights under the following conditions: It shall be understood that under no circumstances may art work be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

In addition to the payment enclosed with this Agreement, we agree to pay to the artist, his heirs, representatives or assigns, a percentage of the net proceeds received by us in United States currency from the exercise of foreign magazine and newspaper rights in such art work as determined by Curtis and based upon the contribution of the art work to the marketability of the fiction story or article which it illustrates.

Artist shall protect the Curtis copyright by appropriate copyright notice in connection with any publication made by him or his assigns pursuant to the rights assignable hereunder.

Your acceptance of this check constitutes your acceptance of this Agreement.

THE CURTIS PUBLISHING COMPANY

THE CURTIS PUBLISHING COMPANY     GS227A
INDEPENDENCE SQUARE
PHILADELPHIA 5

We inclose our check

for                                    in payment for your

drawings, as follows:

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

*THE CURTIS PUBLISHING COMPANY*

D  000195

## THE CURTIS PUBLISHING COMPANY
666 FIFTH AVENUE
NEW YORK, N.Y. 10019
956-4000

*To:*

*We enclose our check*

*in payment for your*

*for*

*art work as follows:*

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in art work appearing in its publications, including the right to copyright the same.

Although all art work is purchased outright, and for reproduction in the Curtis publications, Curtis will, on request, reassign to the artist the world book rights under the following conditions: It shall be understood that under no circumstances may art work be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

In addition to the payment enclosed with this Agreement, we agree to pay to the artist, his heirs, representatives or assigns, a percentage of the net proceeds received by us in United States currency from the exercise of foreign magazine and newspaper rights in such art work as determined by Curtis and based upon the contribution of the art work to the marketability of the fiction story or article which it illustrates.

Artist shall protect the Curtis copyright by appropriate copyright notice in connection with any publication made by him or his assigns pursuant to the rights assignable hereunder.

Your acceptance of this check constitutes your acceptance of this Agreement.

THE CURTIS PUBLISHING COMPANY

THE CURTIS PUBLISHING COMPANY
INDEPENDENCE SQUARE
PHILADELPHIA 5

December 1, 1953

Mr. Norman Rockwell

Arlington, Vermont

*for* Thirty-five hundred dollars       *We inclose our check*
                                        *in payment for your*
*drawings, as follows:*

Covers: Girl and Mirror

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

THE CURTIS PUBLISHING COMPANY



THE CURTIS PUBLISHING COMPANY           GS227A
INDEPENDENCE SQUARE
PHILADELPHIA 5

*We inclose our check*

*for*                                              *in payment for your*

*drawings, as follows:*

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

*THE CURTIS PUBLISHING COMPANY*

MS 15

THE CURTIS PUBLISHING COMPANY
INDEPENDENCE SQUARE
PHILADELPHIA 5

December 1, 1953

Mr. Norman Rockwell

Arlington, Vermont

*We inclose our check in payment for your* for Thirty-five hundred dollars *drawings, as follows:*

Cover: Girl and Mirror

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

*THE CURTIS PUBLISHING COMPANY*

EXHIBIT A

MS 30

THE CURTIS PUBLISHING COMPANY
INDEPENDENCE SQUARE
PHILADELPHIA 5

GS27A

July 9, 1957

Mr. Norman Rockwell

Stockbridge,

Mass.

*We inclose our check*

*for* Four thousand five hundred dollars *in payment for your drawings, as follows:*

Cover illustration: Minus A Front Tooth.

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

*THE CURTIS PUBLISHING COMPANY*

EXHIBIT B

MS 31