STATE OF CONNECTICUT

COUNTY OF FAIRFIELD

Affidavit Upon Oral Examination of

KENNETH JAMES STUART, before Joan E. Pagliuco,

a Notary Public in and for the State of Connecticut,

County of Fairfield, on Tuesday, May 21, 1985, at

5:10 o'clock p.m. at the home of Kenneth James Stuart,

295 Ridgefield Road, Wilton, Connecticut.


P R E S E N T:


RICHARD R. HOFSTETTER, ESQ.
HENDERSON, DAILY, WITHROW & DeVOE
Suite 2450, One Indiana Square
Indianapolis, Indiana 46204


JOAN E. PAGLIUCO
Court Reporter  —  Notary Public
5 Jade Tree Lane
Trumbull, Connecticut 06611

D 000903

1          (Documents, as more fully described in the

2         attached index, were received and marked

3         Exhibits 1 through 7.)

4

5

6  K E N N E T H      J.      S T U A R T

7  of 295 Ridgefield Road, Wilton, Connecticut,  being

8  first duly sworn by Joan E. Pagliuco, a Notary Public in

9  and for the State of Connecticut, was examined and

10  testified as follows:

11

12  BY MR. HOFSTETTER:

13     Q   Good evening.  My name is Richard R.

14  Hofstetter.  I'm an attorney with the law firm of

15  Henderson, Daily, Withrow and DeVoe in Indianapolis,

16  Indiana.  I'm briefly in Connecticut to ask some

17  questions of Mr. Kenneth Stuart, who is present, and

18  we're in his residence located at --

19     A   295 Ridgefield Road.

20     Q   -- 295 Ridgefield Road.  Would you please state

21  your full name.

22     A   Kenneth James Stuart, S-t-u-a-r-t.

23     Q   Mr. Stuart, where do you live?  At this

24  residence?

25     A   Right where we are at 295 Ridgefield Road.

D 000905

4

1    of that.

2         Being the corporate Art Director at the

3    Reader's Digest Association meant that all other Reader's

4    Digest magazines throughout the world had Art Departments

5    that were my responsibility, though not day-to-day

6    responsibility.  But I mean, if, let's say, Germany had

7    no Art Department and decided to start one, I would go to

8    Germany, scratch around in the art schools and agencies,

9    find the competent help, and bring them in and establish

10   an Art Department.  That's the corporate end of it.

11        And, of course, we had -- I don't know how many

12   magazines we have now, but we had Swiss, both German and

13   French Swiss, we had Italian, Japanese, we had Chinese

14   for Hong Kong, and French, Belgian, which has two

15   languages again so you had two Digests, British, German,

16   and I could go on and on, but I think that gives you

17   an idea.

18        Q    It does.  Can you just briefly tell me what is

19   the relationship between the Reader's Digest Association

20   and the Reader's Digest magazine?

21        A    Well, the Reader's Digest Association is

22   an American company with main offices in Pleasantville.

23        Q    Which state?

24        A    New York.

25        Q    Thank you.

1       A    And the heart of its operation is the magazine,

2    known as Reader's Digest.  But they also publish books,

3    general books it's called.

4       Q    Condensed books?

5       A    Condensed books is another thing.  That's

6    mainly fiction, that's another arm of the company.  They

7    issue record albums.  I have to think of all the things

8    they do.  There's so many different things that they do.

9    If you want a list of them, we can get them easily.  But

10   that gives you an idea.  They publish an almanac every

11   year.

12      Q    Thank you.  When did you first become

13   associated with the Reader's Digest Association and

14   magazine?

15      A    November -- well, actually during the summer of

16   1962, The Saturday Evening Post and I were parting

17   company.

18      Q    Okay.  So you were engaged or employed by The

19   Saturday Evening Post prior to --

20      A    Yes.

21      Q    -- 1962?

22      A    Yes.  And during the summer while I was still

23   at the Post turning my work over to the my successors,

24   the Digest people asked me to redesign their magazine.

25      Q    Now, we're going back to what year?

D 000907

6

1    A    1962.

2    Q    1962?

3    A    The summer.  I redesigned the magazine.  Eight

4    other people had done it with no success, which I didn't

5    know, but mine was liked by the Wallaces and we had

6    discussions about what should be done.

7    I explained to them that I was moving to Italy

8    to do a book for McGraw-Hill, and that since I had

9    children in Harvard and Brown, and a prep school up in

10    New England for the youngest one, I would like to have a

11    way of coming back to the United States every month or

12    two, or every two months or three months, whatever it

13    was.

14    And I told them that I thought my styling or

15    design could be put into effect, but that it would have

16    to be reviewed regularly by a person who understood it,

17    or the Art Department would fall back into its old

18    habits, and I suggested that the way to handle it was for

19    them to have me come back from Italy every once in awhile

20    and give me enough money to go up and see my kids in

21    Providence and Boston.

22    Q    Very clever.

23    A    That was all worked out.  However, after a

24    month or so, they decided -- oh, I neglected to say this:

25    I also suggested that they hire two good young designers,

1  Art Directors, and put them in to carry out this thing

2  that I had created for them, and that after a year or so

3  they pick the one that was most suited to be the Art

4  Director, which needs an artist and a designer as well as

5  an administrator, an executive, and they pick the one

6  that fit best, because I frankly thought at the time I

7  was too old to do it. I was 57. And after a month or so

8  they came to me and asked if I would take the job rather

9  than --

10     Q    At that time you were employed by The Saturday

11  Evening Post?

12     A    I was still employed by The Saturday Evening

13  Post. Well, my resignation was announced in the Times in

14  one of their columns.

15     Q    Sure.

16     A    I was the third of three top Editors that

17  resigned from the Post.

18     Q    Well, let's move back a little bit more then.

19     A    Yes.

20     Q    How long were you associated with The Saturday

21  Evening Post and the Curtis Publishing Company?

22     A    Well, associated with it from about 1941, but

23  in '41 and '42 and '43, I was doing illustrations, I had

24  a weekly caricature series that ran in the Post, and I

25  did covers for them. I think I did three covers.

D 000909

8

1    Q    Prior to 1943?

2    A    Prior to the end of 1943.

3    Q    Okay.

4    A    And then at that time, they were having trouble

5    with their artists, and they asked if I would come over

6    and take over their Art Department -- something I had

7    never done, I never worked for anybody before -- for a

8    year or so and straighten things out, and I said, "Sure."

9         So I gave up my own studio and my clients and

10    other magazines that I worked for, and they wanted -- I

11    had a verbal agreement with them that I'd do ten covers a

12    year, and they wanted me to continue doing those covers,

13    but I explained to them, you couldn't possibly be the Art

14    Director of a magazine and buy your own covers.  If you

15    did, you'd look like a horse's petutta to all the other

16    artists.  They'd say, "This louse, he wants me to work

17    for him and he is buying his own stuff."  So they agreed

18    to that.

19    Q    So at that point really you went from being a

20    free-lance artist into being the Art Director?

21    A    Of the Saturday Evening Post.

22    Q    Of the Saturday Evening Post.  Can you explain

23    or elaborate on your responsibilities in those early

24    years?

25    A    Oh, my goodness.  Well, first was to run an Art

D 000910

9

1   Department, and I always believed in small staffs. I

2   don't like people crawling out all over the woodwork and

3   no one knows what no one else is doing.

4           And I spent a month or so looking at the staff

5   and figuring out what each person should be doing and how

6   to do it, and when I delegated the work in a proper way,

7   with as little upheaval as possible, then I started to

8   revise the cover.

9           The cover at that time was Norman Rockwell and

10  a bunch of Humpty Dumpties who copied him or tried to

11  make believe they were doing Rockwells. And so I set

12  about to develop a group of talented artists, each of

13  whom could work in his own way. And that was done,

14  accomplished. It took a couple of years.

15          And then the other responsibilities included

16  the overseeing of all the illustrating of the stories,

17  the gathering of photographs for the articles, the

18  choosing of the photographs with the Managing Editor and

19  the Photography Editor. Then you lay them out, or design

20  them to a page, and once a week meeting with the Managing

21  Editor and the Cartoon Editor, who would bring back

22  roughs of the cartoons from New York, and we'd vote on

23  them, and if it got two votes it was in, unless I got

24  vociferous and they'd put it in to keep me quiet.

25      Q    Were you in charge of acquiring or giving final

D 000911

1  approval of all art work for The Saturday Evening Post

2  during these years?

3  A    Oh, sure, that was our work.  We both -- of

4  course, in illustration it was mainly assignment.  You

5  read a story, picked out portions that you thought would

6  be good spots to illustrate, both from the artist's

7  viewpoint and from whether it would attract the public

8  into reading it.

9  Now, I could make her read a story easily,

10 because I see she's got a detective book with her, and I

11 know precisely what to do to make her say, "Oh, my Lord,

12 I want to read that."  And we'd pick out a portion to fit

13 that.

14 And then you -- we had to find new artists.  I

15 think the first year I was there I brought in

16 eighty-three new artists that never saw the Post before

17 or never worked for us.

18 Q    And your responsibilities commenced in 1943,

19 and until --

20 A    At the end of 1943, and they lasted --

21 Q    Lasted until?

22 A    -- until November of 19 --

23 Q    Sixty --

24 A    Well, let's say August or around August is when

25 that memo is written when I visited different artists.

1   Do you remember?

2       Q.    That's right.

3       A     There was a Rockwell thing in there.  August of

4   1962.

5       Q     During these years, were you primarily

6   responsible for acquiring and publishing the

7   illustrations of Norman Rockwell, the famous American

8   artist?

9       A     Sure, sure.  I was in charge of that work.

10      Q.    Was anyone else given that responsibility?

11      A     Heavens, no.  My responsibility was that I

12  would seek out, instigate, encourage, and bring to

13  completion illustrations and covers for the magazine, and

14  that would always be done with my full knowledge that

15  what I did would have to be in accordance with what the

16  magazine purpose and character was, and what the Managing

17  Editor, and the Editor in Chief felt should be the kind

18  of thing that we had.

19      Q     Were you also charged with the responsibility

20  of revising the format of the magazine?

21      A     Oh, sure.  The design and typography and all

22  that, I did twice while I was there, I redesigned the

23  magazine.

24      Q     A pretty thorough redesign?

25      A     Yes.  Overhaul completely.  Just give it a

1   new -- like redecorating a room.  I did -- that's how I

2   happened to go to the Digest, they asked me to restyle

3   their magazine.

4        Q    Good.  So then you would say that

5   conservatively you have been involved in publishing for

6   perhaps forty-five years or more?

7        A    Since -- I'm not good on addition.  Since, I'd

8   say, 1944 through 1977, and then in 1977 in November,

9   when I retired from the Digest, they rehired me as a

10  literary and graphics adviser, and the purpose of that

11  was for me to carry out a suggestion that I had as to

12  books that they should publish, that we were not

13  publishing, and a way and manner of doing it.

14       Q    So you've also been involved in the publication

15  of books as well as magazines?

16       A    Oh, sure, the design and publication;  at the

17  Digest in the publication.

18       Q    Returning now to Norman Rockwell, how did you

19  first become acquainted with Norman Rockwell?

20       A    When I was a free-lance artist, doing work for

21  advertising, the advertising of many of our best-known

22  companies, and doing work for the Post and the Ladies'

23  Home Journal and The Farm Journal, I was asked to join

24  the Society of Illustrators in New York, and I joined.

25       They have a nice clubhouse, and, of course, all

1   these fellows that I admired belonged to it, and it was

2   there that I met Norman several times.  He gave several

3   talks with his cronies, Mead Schaeffer and those people

4   at the Society of Illustrators, and so we became

5   acquainted there.  But we were not close friends there.

6         I was an admiring squirt, you know, who was

7   drawing for magazines and hoping I could do about one

8   forty-fifth as well as he did.

9         Q    That alone would be impressive.

10        A    Yes, it would.   But he was a darling fellow in

11  every way.

12        Q    But as you became associated with The Saturday

13  Evening Post and the Curtis Publishing Company, did your

14  relationship with him develop?

15        A    Oh, sure, sure.  The first thing I did when I

16  went in the Post, I found very quickly that I would be

17  more comfortable resigning from the Society of

18  Illustrators.  After all, I had, you know, a couple of

19  million dollar to spend each year, and if you went in

20  there, you had a couple hundred fellows who would like to

21  have some of that, so they'd practically wrestle you to

22  the floor getting you to have a drink with them and talk,

23  and I just -- I no longer could be friendly in that way

24  in that club.

25        But later Norman and I and, I think it was --

D 000915

14

1  or just Norman and I gave several talks at the Society of

2  Illustrators.  And after the first nervousness, which

3  occurs with the free-lance artist when a new Art Director

4  comes into a magazine or a place that these artists have

5  been working, after the first nervousness was over, that

6  included Norman's nervousness, we gradually came to know

7  each other, and know what we both stood for.  Everything

8  worked out fine with all of my artists.  Not my artists;

9  the artists who worked for us that I found.

10      Q    Would you describe your business relationship

11  with him as friendly and cordial?

12      A    Oh, sure.  After awhile, I mean, I'd go up to

13  Vermont, take Katharine, my wife, along.  One of my kids

14  was in a prep school in Stowe, Vermont, and during one of

15  the week vacations that they had, Norman went on up and

16  got him and brought him down to his place in Arlington,

17  and he stayed with him there for a week, and then he took

18  him back up.  Oh, we were on very good terms, used to

19  have dinner in New York a lot.

20      Q    A great deal of socializing?

21      A    Well, as much as either of us could do, being

22  very busy men, but we'd seek out new restaurants in New

23  York, and he'd bring Mary, who was then his wife, down --

24  not Molly -- Mary, and yes, we were very good friends.

25  We'd go up there to Arlington and Stockbridge, and he'd

D 000916

1    come down.

2         I believe I told you in my affidavit, that when

3    he was married the third time, that was to Molly

4    Punderson, they spent the first night of their honeymoon

5    at our house, our farm we had.

6         Q    Where was that farm located?

7         A    That was outside Philadelphia.  It was a

8    rundown farm that some fellow -- it had been a dairy

9    farm.  I loved it.  It was all grown-up, and there were

10   Belgian hare and deer, and rabbits and pheasant, and

11   woodcock, which is unquestionably unusual, all over the

12   place.

13         And Norman, and Molly came down for the first

14   night.  They were taking an auto trip south, I think, and

15   they stayed with us that night, and I had -- we had a

16   large party, brought all the editors of the Post in that

17   would be interested.  We also had an extremely good cook

18   at the time, thank heaven.  It was a pretty big house

19   that had to be run, and the only room that we had that we

20   thought was decorated nice enough for Norman and Molly,

21   it had a bathroom with it, was my oldest boys room.

22         So we asked Chip, my oldest boy, if we could

23   give his room to Norman and Molly that night.  He said,

24   "Fine," and he moved over into another room that we had,

25   that was out of the house.  There were twin beds in the

1    room, and --.

2        Q    On a wedding night?

3        A    Yes.  Listen.  And I guess Molly, she had never

4    been married and she just retired from being an English

5    teacher at the Milton Academy.  Norman, this was his

6    third marriage, and I really don't know, but she had to

7    be over sixty-five, and I think he was seventy-two,

8    seventy-five, somewhere in there.

9            And when they came down for breakfast in the

10    morning, I made the mistake of saying, "How did you

11    sleep?"

12            And Norman said, "Not too bad, but I kept

13    falling out of bed all night, it was so small."  He said

14    that in the most ingenious way, you know, you wouldn't

15    think -- you'd thing he was saying I washed my hands

16    yesterday or something, but he kept falling out of bed.

17    It must have been a pretty active night.

18            Anyhow, yes, I'd say we were, during those

19    years, we were very good friends.  We went to Chicago

20    together, and we were invited to a great number of

21    places.   Chicago, the Art Directors Club invited us,

22    Society of Illustrators invited us in New York, and he

23    and I would -- we had a dog and pony act, and we would

24    talk about our experiences for a lot of young artists who

25    wanted to be like him, and get work from people like me,

17

1  make their fortune by conning some unsuspecting boob like

2  me.

3         Q    That's fine.

4         A    It's fun to remember all that, actually.

5         Q    Well, I'll give you a couple of documents which

6  might also cause you to remember.

7         A    Sure.

8         Q    I'm going to hand you a document which has

9  previously been marked Exhibit Number 1.  Can you

10  identify that document, please?

11         A    Oh, sure.  He says, "Elizabeth, Mary, Schaef --

12         Q    Pardon.  What is it?  Is it a letter?

13         A    Oh, this is a letter in Norman's handwriting.

14  It's a Xerox of a letter -- I have the original -- which

15  he wrote to me in 1948.

16         Q    Handwritten letter?

17         A    And the people he mentions, Elizabeth and

18  Schaef, are Elizabeth and Mead Schaeffer, who was a

19  superb illustrator and was an old and close friend of

20  Norman's, and when Norman moved to Arlington, Vermont,

21  Schaeffers moved up there later, they liked it so much.

22  So they were talking, and it seems that they had a very

23  acceptable opinion of me.

24         Q    Now, I'm going to hand you another document,

25  which has been previously marked as Exhibit Number 2.

1    Can you please identify that document?

2        A    Oh, this is much later, yes.

3        Q    Is that another letter?

4        A    This is a letter from Norman after he had moved

5    to Stockbridge --

6        Q    What was the date?

7        A    -- from Arlington.

8        Q    What was the date on Exhibit 2?

9        A    1957, and this, to an extent -- although I have

10   many letters over the years, I didn't keep those, except

11   the ones that interested me, and also the scarcity of

12   letters shows the extent to which the telephone took over

13   relationships between people in those years.  This is

14   1957, that's '48.  After all, this is nine years later

15   and he just wants to tell me that -- he says what he

16   writes is a bit flowery but it's completely sincere.

17            Every once in awhile he'd gush this stuff over

18   the phone to me.  He didn't have any need to do it for

19   sales purpose, he was so good, but every once in awhile

20   he'd write letters to me because it worried him that I

21   wouldn't remember it or I didn't understand it.  He

22   probably thought I had not the intelligence or couldn't

23   quite grasp a simple declarative sentence, but he did

24   that.  That's another letter.

25       Q    I'm handing you what I've previously marked as

1    gushing Exhibit Number 3.  Would you please identify that

2    for me?

3         A    This is from Stockbridge.  It's a couple of

4    years later.

5         Q    It's another letter?

6         A    A letter from Norman.  By this time -- notice

7    that the one in 1948 he wrote by hand, but by this time I

8    had gotten his price up from a thousand bucks a cover to

9    5,000 a cover, so he had a secretary who typed them.  The

10   secretary's name was Chris Schaeffer.  I think he was a

11   fellow from Chicago.

12        Q    In Exhibit Number 3 --

13        A    Oh, yes.  Oh, this has got to do with a --

14        Q    An autobiography?

15        A    Yes.  He says, "This amazing project of my

16   so-called autobiography is all due one hundred percent to

17   you."  It was -- well, you have the letter.

18        Q    Sure.  It will become an exhibit to this

19   affidavit, so I don't think there's a need to read it

20   into the record.

21        A    I don't have to tell you all about that.

22        Q    Fine.  I do have a question, though.  The

23   autobiography he's referring to, is that the book

24   entitled "Norman Rockwell, My Adventures as

25   an Illustrator?"

1       A    This one (indicating).

2       Q    That's it?

3       A    Yes, that's it.  And that, I told you how that

4    came about, you know, because the people who did this

5    book insisted on having some text with it, and we finally

6    worked that out.  Not alone did we work that out, but as

7    Tommy finished two or three chapters, which was simply

8    Norman talking, as I told you, Milton Runyon of Doubleday

9    called up and he said, "Ken," he said, "this stuff that's

10    coming in with the autobiography is so good, that we're

11    going to do two books instead of one if you agree."

12            I said, "That's all right with me, as long as

13    the book with his art work in it is an elegant and

14    adequate example."

15       Q    Perhaps for purposes of the record we should

16    identify that art work book.  Is this the Norman Rockwell

17    Album?

18       A    Yes, that's it.  And that was the one that I

19    got Doubleday to do, and provided them with the material

20    for, and thought it up, told them the only thing that we

21    wanted out of it -- to show you the difference -- of how

22    we did not want any money out of auxiliary or ancillary

23    rights from Rockwell's work; we only wanted his work and

24    his love of us.  I don't know any other way to put it.

25       Q    So you helped him both create the Norman

D 000922

1  Rockwell album as well as his autobiography?

2      A      He had nothing to do with it.  I simply got the

3  whole thing together.  I interested -- I went to Simon

4  and Sschuster, I went to Henry Holt and Company, I went

5  to one other publisher, I can't remember who it was, and

6  I went to Ken McCormack up at Doubleday and he

7  immediately liked the idea.

8          And I told you before how it was an impossible

9  idea because of the cost of engravings.  You'd need

10 fifty or a hundred colored engravings, and the plates for

11 such a thing would cost $2,500 apiece, and at that time

12 no publisher could afford it.  So I told you how I saved

13 the plates and made vinyls of them which, instead of

14 $2,500, represented a $16 outlay.  This is long before

15 Harry Abrams, whom I introduced to Rockwell, did any of

16 his books about Rockwell.  Harry used to take them to

17 Japan and he'd get them done from scratch over there.

18     Q      I recall the book was published in Japan?

19     A      Oh, yes, all of his books.  He did it over

20 there, and he could get the work done over there for a

21 Japanese fish cake as opposed to twenty-five hundred

22 bucks for a piece of engraving.

23         So out of that --

24     Q      Out of the Norman Rockwell Album?

25     A      A great many things happened out of that.  Once

1    we had everything picked -- of course, that was up to

2    Norman to work with the editors there, to pick the

3    different things, but most of the things that were in

4    color, I had and just handed to them.

5         Then Norman, in order to get text for the book,

6    I told you about him telling -- they sent a writer up --

7    I forget his name --- (discussion off the record -- and

8    Norman, after a week or so, as I told you, called me up

9    and told me to get him out of there.  First time, as I

10   told you, I ever heard him swear.

11        So I called McCormack and I said, "Get your boy

12   out of there, he's driving Rockwell nuts."

13        And then we had a pow wow as to what we could

14   do to get text for this book.

15   Q    They were not happy then with just an album

16   full of illustrations?

17   A    No.

18   Q    They wanted some writing as well?

19   A    They wanted some text in it.

20   Q    That was really the purpose of the

21   autobiography?

22   A    Well, that came later, see.  So I said, "Well,

23   the best thing to do is to have Norman, who is highly

24   articulate and endlessly amusing and entertaining,

25   particularly when talking about himself, and he's telling

1    stories that nobody else could tell."

2          So we worked it out that we'd have a man do

3    exactly what this charming young lady is doing, only with

4    a less, you know --

5    Q    Sophisticated equipment?

6    A    Sophisticated equipment.  I don't know how.  He

7    wrote it down in pencil, I guess, and he just talked to

8    Norman and took everything down, and it was all about his

9    paintings and all about him, so it was easy for him.  And

10   after about two or three chapters, Milton called up and

11   said, "This thing is wonderful.  We're going to do a

12   separate book and just take excerpts from it and put it

13   in the big book."  He said, "Would you like to read some

14   of it?"

15         I said, "I certainly would."

16         So he sent it down, and I found it very

17   amusing.  I took it in to my Editor, Ben Hibbs.  I said,

18   "Ben, this is wonderful stuff, and I don't know why we

19   don't run a six- or eight-part serial on Norman

20   Rockwell's life as an illustrator."  I said, "We ran a

21   story on Bing Crosby, and we ran one on Arthur Godfrey,

22   one on Bob Hope, ran one on Walt Disney, and each of them

23   was interesting to our readers."  I said, "Why wouldn't

24   this be interesting."

25         He said, "That's a wonderful idea.  Invite him

D 000925

1  down." He said, "I'll read it first."

2  So he read it, he liked it. He invited Norman

3  down, and we had a luncheon, Norman, Ben Hibbs, Bob Fuoss

4  and me. Bob Fuoss and Norman and I were on this side of

5  the table, and the Managing Editor and the Editor were on

6  the other side of this dining table, and finally -- we

7  were in the habit of paying anywhere from 50 to $100,000

8  to the principal in these things for his story. Beatle

9  Smith was one of them. What was the name of that

10  Admiral? Wonderful guy. Oh, Bill Leahy, Admiral Leahy

11  was one of them. We did -- we supplied a writer and did

12  their biographies, see.

13  So Ben said to Norman that we'd like to do

14  this. Well, he was dilirious, because he had been in

15  love with the Post since he was a young man and sold them

16  his first cover in 1916.

17  And Ben said, "Furthermore, Norman," he said,

18  "we're going to pay you our regular rate for this kind of

19  story. It will be 50 -- that's 5-0 -- thousand dollars,

20  $50,000."

21  So Norman turned to me and he said -- you know,

22  he had a squirrel mouth and he said, "My God," he said,

23  "Ken, $15,000."

24  And I said, "No, Norman, not 15."

25  I took a pencil and wrote it down, and he

1  almost fell off the chair, he was so overpowered.  Well,

2  he was overpowered for many reasons.    (Discussion off

3  the record.)

4        So walking back to the office after, he said,

5  "I don't know how I'll ever thank you."  Well, you see

6  the inscription in the book.  He said, "I'm going to send

7  you a Cadillac tomorrow morning, Ken, with a bar and a

8  radio in the back seat."

9        He had seen Paul Galico's Cadillac.  Paul

10  Galico was the writer who wrote "The Snow Bird" or "Snow

11  Goose," very good writer, very talented, very good

12  writer.  One time when Norman was down the Post in our

13  offices across from Independence Square, we were going

14  out for lunch, and Galico was going to go in to the Post

15  and pick up an Editor and have lunch with him.  His car

16  was there.  Galico walked in, we said, "Hello" to him and

17  everything. He disappeared.

18        We said, "Let's look at his car."  We looked in

19  the back of his car.  There was a bar, there was a

20  chauffeur in it, there was a radio, it was everything you

21  could imagine.  And Norman remembered that, and he said,

22  "I'm sending you a Cadillac with a bar."

23        I said, "Don't send it.  I can't take it.  No

24  journalist could accept anything like that."

25        He said, "Well, this wasn't journalism.  He

1    said, "You were" -- he called me the impressario. He

2    said, "You thought up the idea, put it through and

3    everything." He said, "That's got nothing to do with

4    your work here."

5         I said, "Yes, it has," and I could not accept

6    it, so anyhow --

7         Q.    Very interesting.

8         A     I didn't take the Cadillac and he had his kid

9    off his back.

10        Q     I'm going to --

11        A     I'm probably talking too long. You don't want

12   this.

13        Q     This is fine.

14        A     She's practically falling off the chair.

15        Q     I'm going to hand you a document which has

16   previously been marked as Exhibit Number 4. Could you

17   please identify that item.

18        A     Oh, sure. That's the book we're talking about.

19   This is the --

20        Q     Which one?

21        A     This is "Norman Rockwell, My Adventures as

22   an Illustrator," this book here.

23        Q     All right. Is that a photocopy of the inside?

24        A     Yes. That's what you call the -- well, it's

25   the title page it's generally called, see. That's not

D 000928

1    the title page. This is (indicating).

2        Q    So this is a photocopy of the title page?

3        A    It's a Xerox of the title page and it's

4    simply --

5        Q    Is that a note from Norman Rockwell to you?

6        A    It's a note from Norman to me. You want me to

7    read it?

8        Q    No. I think that can be --

9        A    And then he put this little drawing of Tom down

10   there. The thing I can't understand is he's got Tom with

11   a quill pen, see. But I've never understood why -- oh, I

12   see what it is now.

13       Q    Writing?

14       A    No. He's got the quill pen, but he's dressed

15   as a ghost. He is the ghost writer. I never understood

16   that until now. I often wondered what the hell he threw

17   junk over his young kid for. I thought probably because

18   he didn't want to see it. That's what he means.

19       Q    That's some recognition of Tom Rockwell's input

20   into the book?

21       A    That's some recognition of Tom. Tom put it all

22   down and put it in shape.

23       Q    I'm handing you now a copy --

24       A    And he gives Tom credit. He says, "This was

25   all Ken's idea, Tom's hard work, and I thought up the

D 000929

28

1   title," is what he said.

2       Q    I'm now handing you a copy of a document

3   previously identified as Exhibit Number 5.

4       A    That is the title page of the Norman Rockwell

5   Album.

6       Q    Is that also another short note from Norman

7   Rockwell?

8       A    It's an inscription, which authors often do in

9   books.

10      Q    From Norman to you?

11      A    From Norman to me.  He sent it to me, and he

12  doesn't have my name on it.  Oh, he does have my name, I

13  beg your pardon.  And it's the title page of the Norman

14  Rockwell Album.

15      Q    Thank you.

16      A    And you know what it says.

17      Q    Understood.

18      A    Sure.

19      Q    Now, I have a few questions about the business

20  relationship.  I think we have gone over in great detail

21  the personal relationship between you and Norman

22  Rockwell.

23      A    Sure.

24      Q    And I would like to focus now on the business

25  relationship of Norman Rockwell with The Saturday Evening

1    Post and the Curtis Publishing Company.

2        A    Right.   Those are yours aren't they?

3        Q    Yes.

4        A    First I'm going to get a glass of water.

5             (Brief recess).

6    BY MR. HOFSTETTER:

7        Q    I'd like to retreat just a little bit and ask

8    you to identify an excerpt from Norman Rockwell's auto-

9    biography.   This is important to us because it is Norman

10   Rockwell, perhaps Tom Rockwell as a ghost writer for

11   Norman Rockwell, writing about Kenneth Stuart, and --

12       A    Well, it's actually Norman Rockwell speaking

13   and Tom just took a tape of it.

14       Q    And for our purposes, would you identify on

15   page 414 of that book, at the very bottom of the page the

16   final paragraph, beginning with "May 6"?

17       A    414?

18       Q    That's correct.

19       A    That the mural, you mean?   It says here, "The

20   mural will show a street scene in Pittsfield."   What's

21   that got to do with it?

22       Q    I think you have a different edition.

23       A    That could be.

24            (Discussion off the record.)

25

BY MR. HOFSTETTER:

    Q    Now that we've cleared up that -- obviously we were referring to different editions of the same book -- I would like to read into the record, a portion of Mr. Rockwell's discussion of his relationship, personal relationship with you. And I would like you to follow to see if I have accurately reported the contents of that discussion.

    A    Sure, sure.

    Q    Beginning with "May 6. To Philadelphia for lunch with editors of Post. Showed sketches to Ken Stuart before lunch. My favorite art editor. Lets me do my own work, doesn't hold me back or try to paint the picture himself (some art editors want to get in on every brush stroke."

    A    That's right. I remember that. I remember drawing, and they want to -- they can't keep their hand off, they want to monkey with it.

    Q    "But Ken's helpful. Always arranging things for me. Makes valuable suggestions. He gives me the feeling that he believes in me and only wants to help me realize my own ideas. Ben Hibbs once said that an editor's job is to create an atmosphere in which artists and writers can do their very best creative work. That's what Ken does to perfection.

D 000932

"In Mr. Lorimer's day, the art editors of the
Post made relatively few final decisions.  They had to
get his okay on most major work, and so, in the end, the
decision to accept a cover or illustration was usually
Mr. Lorimer's, rather than the art editor's.

"It's all different now.  Ken runs the Art
Department.  He makes the decisions.  He is, in function
as well as title, the art editor, and I think he does a
tremendously creative job.

"For one thing, he has transformed the cover.
In the old days each cover was selected according to a
routine formula – pretty girl, dog, human interest.
Roughly speaking, every fourth cover was a picture of a
pretty girl.  The girl never changed, only the trappings.
One time she'd be holding a golf club, the next a tennis
racket, the next a telephone.

"Then there would be a dog cover – two cute
spaniels, for instance.  These had great popular appeal.
Then two human interest covers such as I do.  Then back
to the pretty girl.  Sometimes the order varied, but the
system remained.

"Ken dropped the pretty girls and dogs and organized
the covers so that collectively they became a pictoral
portrait of America."

A    Pictorial.

1     Q    Pictorial.  Excuse me.

2     "Each one is a scene from American life.  And

3  people recognized this and appreciated it.

4     "Of course, now that it's been done, it sounds

5  obvious.  The Post is a national magazine; therefore, the

6  covers should be a portrait of the nation.  Simple.

7  Sure, now that it's been done.  However, it takes a

8  really creative mind to break through an established

9  pattern."

10    A   I don't think I was getting enough money when I

11  was there.  Look at that.  I ought to go back there and

12  start work again and say I need twice the salary.

13    Q   "So now Ken has to get fifty-two separate,

14  untitled storytelling pictures every year.  A very, very

15  difficult task.  If he had stuck to the old formula, his

16  job would have been much simpler.  Illustrators who can

17  paint dogs or pretty girls are relatively easy to find;

18  Illustrators who can paint storytelling pictures, who

19  have a feeling for people, are scarce.  But Ken somehow

20  manages to get the fifty-two covers every year.  And he's

21  done it for sixteen years.  That's 832 covers in all.

22    "Moreover, he's responsible for all the

23  illustrations and the layout and photographs inside the

24  Post.  Yet Ken never hurries me, doesn't call up every

25  other day to ask, 'Where's the picture?  Where's the

D 000934

1    picture?' as some art editors do.  And when I call him

2    up, he's always ready to help."

3            "Ken was a successful illustrator before he

4    became art editor of the Post.  He had studied abroad

5    where he knew Brancusi, Pascin, and other modern painters

6    and sculptors.  In other words, he has a thorough

7    artistic background.  No wonder he understands

8    illustrators.  Just as there is no better way to

9    understand the Hottentots than to go and be one, so there

10   is no better way to understand illustrators than to be

11   one."

12       A    What is a Hottentot?

13       Q    I think those are little Africans.

14           "I often marvel that along with his artistic

15   talent, Ken has the executive ability and detachment not

16   only to run his department but to handle a stable of

17   highly temperamental illustrators as well.  Artistic

18   talent and executive ability don't often go together, but

19   Ken has both.

20           "The Post cover is my best and only opportunity

21   to express myself fully.  And Ken lets me do it.  He

22   doesn't impose any restrictions.  He has created for me

23   the atmosphere in which I can do my best work."

24           Is this an accurate, reasonably accurate,

25   reading of the book in front of you?

D 000935

34

1        A      Precise.

2        Q      And this is the one that Norman Rockwell

3   actually signed?    This is the copy that Norman Rockwell

4   actually signed?

5        A      The copy, how do you mean?    Oh, yes.   I have

6   the book in my hand that he sent to me, that he signed

7   and sent over, yes.

8        Q      Aside from the glowing praise which you may

9   take some issue with, have you noticed any inaccuracies

10  in that statement of your duties with The Saturday

11  Evening Post?

12       A      Oh, no.

13       Q      Actual inaccuracies?

14       A      No.  And, of course, I blush to everything he

15  says, but he was the one who was doing the work, and I

16  was doing the other part of it.

17       Q      Thank you.  Well, we're going to move on and

18  I'm going to ask you finally --

19       A      Okay.

20       Q      -- what will ultimately be the whole purpose of

21  this entire exercise, that is, to ascertain the true

22  business relationship as it existed between Norman

23  Rockwell and The Saturday Evening Post Company.

24              Would you describe Norman Rockwell's

25  relationship with The Saturday Evening Post or the Curtis

D 000936

1  Publishing Company as one of an employee or one working

2  for hire?

3      A    No.  He was a separate contractor, one way of

4  putting it.

5      Q    Would you call him a free-lance artist?

6      A    Yes.  He was a free-lance artist.  He had his

7  own studio, we paid for none of that.  He bought his own

8  paints, his own brushes.  He brought his own covers down

9  in an automobile, delivered them by hand.  That's an old

10 fashioned way of delivering covers, which most

11 illustrators don't do anymore.  And in every way, he was

12 just as I was before I went to the Post.  You were an

13 artist, to state it unimaginatively, you were an artist

14 in business for yourself, and you offered your talents

15 and services to anyone who would want to use them.

16     And what happened is that the Post had such a

17 vast audience that when an artist did a cover for the

18 Post, he was barely interested in what he got paid, as

19 long as his name was on the cover, his signature on

20 there, big, or big enough to see, because the following

21 week he would probably have an offer from either the

22 agencies or the companies, like in my case, it was

23 A.T. & T, National Dairy, and Cannon Towels, and Yardley

24 perfumes and companies of that kind, and when they saw

25 your work on the cover of the Post, it meant you could

D-000937

36

1    double your price for an advertising drawing.

2         The ironic part is that when you did work such

3    as you did for the Post, which was your own, and

4    expressed your own thoughts, it became so much more

5    appealing than doing the straight -- doing someone

6    powdering his nose with Yardley powder, that you had more

7    fun doing that.

8         So that while originally the price that the

9    Post paid for covers -- I think my first price was $300,

10   and I didn't care, because I had all these other -- well,

11   that was true of all of the artists that did a cover for

12   us.

13        But what happened is when they asked me to do

14   ten a year, I said I couldn't afford to do ten a year.

15   So they said, "We'll raise your price.  How much do you

16   want?"

17        I said, "Well, I think for starters, let's say

18   a thousand dollars each."

19        When I got there, Rockwell was being paid a

20   thousand dollars, and he couldn't afford, either, to do

21   only Post covers.  His income would have been $8,000 a

22   year in a normal year.  So he did illustrations and then

23   he did outside work.

24        Q    And The Saturday Evening Post never discouraged

25   him from doing outside work?

D 000938