1    A    Oh, no, no.  Joyce Hall of Hallmark Cards -- I

2    think I told you this -- he called up one time.  He

3    wanted to have Norman do some Christmas cards for him,

4    and he said, "I would be well satisfied just to use

5    Saturday Evening Post covers, Christmas covers."

6        This was not a new idea.  Harry Abrams had

7    tried it once when he was Book-of-the-Month.

8        I said, "Well, that wouldn't be possible

9    because that would be a commercialization of Saturday

10   Evening Post's covers, and we have some sort of gicks

11   that makes you feel that they ought to be exclusive.

12   But," I said, "there's no reason why you couldn't call

13   Norman, Mr. Hall, and have a talk with him and I'm sure

14   he could find time to do you some Christmas cards."

15       Then I talked to Norman right after that and

16   told him that Joyce Hall was going to call.

17       He said, "Well, you handle it, will you, Ken."

18   He said, "I'll handle it and I won't ask for enough

19   money."

20       And I said, "Well, that will be very easy.

21   We'll take care of that.  You do the cards if you need

22   the money and want to do them and enjoy doing them."

23       So he did Christmas cards for Hall for quite

24   awhile.  I think he did four a year.  I think he did some

25   things that they used to call Four Seasons, I think they

38

1  called them.  And I made an agreement with them  roughly

2  for Norman, and I said, "Well, you just present that to

3  Norman and I'm sure he'll do it."

4      I mean, it's sort of a licensing idea, where if

5  they sold 100,000 cards he got so much, if they sold 200

6  he got so much, if they sold a half a million he got so

7  much.  I think they sold over a half a million.

8      Q    So you actually encouraged him or assisted him

9  in doing outside work?

10     A    Oh, sure, sure.  And actually, when his wife,

11  Mary, when he had her taking treatment at the Riggs

12  Sanitarium, or Riggs Institute -- I forget the name of

13  it, it's a psychiatric institute in Stockbridge -- at

14  that time, he said to me -- we went down to visit her at

15  the sanitarium.  We went to a party there that she gave,

16  and I think she was getting three psychiatric sessions a

17  week then.  And then she had also moved down there and

18  taken an apartment there.  And Norman said to me, "Ken,

19  I've got to do something to make some money."

20      And I said, "Well, Norman, all you have to do

21  is drop the word that you want to do some advertising

22  drawings, and they'll be lining up outside your door.

23  You know that as well as I do."

24      He said, "Yes, but," he said, "I haven't done

25  much."

D 000940

1            He did a Boy Scout calendar each year. I think

2   he got $10,000 for that. And what he did is we just --

3   between us and maybe with one or two other fellows that

4   we knew, we let the word be known that Norman was taking

5   assignments for advertising drawings, and then he did

6   that huge series of drawings for Ford, the automobiles.

7           He told me that -- he said, "I've got to get

8   $50,000 a year to pay Mary's doctor bills."

9     Q    And he was obviously not earning that from The

10   Saturday Evening Post?

11     A    No. He would earn -- I forget what we were

12   paying him at the time, but I never paid him more than

13   $5,000.

14     Q    Per illustration?

15     A    For anything he did. 5,000. I finally got his

16   price up to that, and we had no commercialization of any

17   of his things, which would have given him money if we

18   had, because all book rights, all everything like that,

19   as I've told you before, were returnable to him, and the

20   only thing I had to do is give him written permission to

21   use it. That's all.

22     Q    Moving back to his illustrations, when he

23   prepared a cover for the Saturday Evening Post, did he

24   receive any direction or guidance from you or the other

25   Editors at the Post?

D 000941

1    A    Normal editorial give and take.  As a rule, he

2    thought up four or five ideas.   And you just saw the

3    little sketch of the Facts of Life that I showed you.  Do

4    you have one of those?  I put it in your folder I think.

5    Q    I do, but it's not in evidence.

6    A    All right.  That was his normal way of making a

7    few little pencil roughs, and then he'd come in, and we'd

8    talk them over, and he maybe came in with -- he told me

9    one time, he said, "I always bring seven in, because I

10   used to bring seven and Mr. Lorimer always took three.

11   But," he said, "I bring seven in and you take them all."

12        Well, that wasn't stupid at all, because I knew

13   that he'd leave the ones that weren't going to work out

14   till last, and he'd do the ones that were sure-fire at

15   the start.  And if he got into one that was nothing but

16   sweat and it wasn't coming off, he was so bright and

17   talented, that half the time I wouldn't even have to turn

18   it down.  He knew it before.

19        And then, of course, I would be going up to

20   Arlington, seeing the work and I could comment on it up

21   there.

22   Q    So once again he came up with the original

23   idea?

24   A    Yes, but not entirely.  You mustn't --

25   Q    We're talking about in general, Post

41

1    illustrations --

2        A    In general, yes.

3        Q    -- were his ideas?

4        A    Oh, yes.  Post covers; not Post illustrations.

5    An illustration -- we sent him a story and we might

6    circle a part and say we think if this could be

7    illustrated it would attract most readers.  See?

8        But you mustn't say that he did everything

9    himself.  For example, Ben Hibbs's kid -- I showed you

10   the Eisenhower cover, didn't I?

11       Q    Yes.

12       A    All right.  Ben Hibbs's kid thought of that.

13   He didn't think of it, I didn't think of it.  Should I

14   tell you how the Thanksgiving cover came about?

15       Q    Sure.

16       A    I lived then on the farm in the country,

17   rundown farm.  It wasn't a working farm that could

18   support itself or anything, but beautiful old house that

19   had been Nathanael Greene's headquarters during the

20   Revolution.

21       One day, Saturday morning, I took two of my

22   boys, who were old enough, and the daughter, little girl,

23   daughter of the neighbors across the street, Pamela

24   Clemen, in to hear the Saturday morning children's

25   concert that Leopold Stokowski used to give with the

42

1    Philadelphia Orchestra.  And he was a charming and

2    delightful fellow, just utterly marvelous with children,

3    and he would explain the things as he was playing them.

4    Well, the kids had a great time.

5            I said, "Where do you want to go for luncheon?"

6    And these three kids with me, they wanted to go to the

7    Horn & Hardart's automat, where you -- this is a series

8    of restaurants in Philadelphia, where the food is in

9    little chromium plate glass-fronted cages, and it will

10   say four nickels -- used to say, three nickels, six

11   nickels, and you put your three nickels in or four

12   nickels or six nickels and the door flops open and you

13   take out the beef pie and rolls, or lemon pie or pot

14   roast or whatever it is.

15           So the kids went all around and they got their

16   trays full and came back and sat down.  I was already

17   seated there.  And as they sat down, I said, "Look over

18   there."

19           We looked over there.  There was an Amish

20   family over there, and they had -- they had a full table,

21   there were about six of them, and they had just bowed

22   their heads to thank the Lord for what they were about to

23   eat.

24           And my kids -- we had silent grace at home, for

25   we're Quakers, and we did that all through the time they

D 000944

were little, but we didn't exactly do it in restaurants.
And here these people were doing that. And I probably
gave a long lecture on the beauty of it, or something
that bored the hell out of the kids.

We went home. I forgot all about it. About
six months later, Rockwell comes in with a little pencil
sketch of the Thanksgiving cover, a woman bowing her head
with a little child saying grace, people staring at her,
watching her, and I looked at it and I remembered this
morning.

I said, "Norman, for heaven's sake, how did
this ever -- where did you ever get this idea?"

He said, "Oh, I don't know," he said. "Some
woman in west Philadelphia took her kids to the
children's concert, and then went over to the Juniper
Street Horn and Hardart for lunch, and she saw this Amish
family actually bowing their heads in prayer." He said,
"Can you imagine that, Ken."

I almost fell off the chair. I said, here I
am, the art editor, and I never even mentioned it to him.
I had given him a number of ideas, but I never even -- it
didn't occur to me. It was so beautiful in itself, I
forgot it, and here he's made what most people think is
his greatest painting. Ben Hibbs called it a quiet
sermon in paint. Isn't that nice? And it's a beautiful

1   painting.  I'll show you.

2        Q    Let's backtrack a bit.

3        A    Sure.

4        Q    Once --

5        A    Stop me if I'm talking too long.  You don't

6   want to hear all this muck.

7        Q    This is fine.

8        A    Publishers would pay me a fortune for this.

9   You know, they're after me to do a book, but I don't want

10  to do any books.

11       Q    Once Rockwell had an idea and once he had

12  sketched it out for you, you then discussed this proposal

13  with him?

14       A    Sure.

15       Q    With some normal editorial give and take?

16       A    That's what you'd call it.

17       Q    Then he proceeded to go back to his studio and

18  do the painting, is that correct?

19       A    That's right.   Then he'd bring it in.

20       Q    Between the time that you approved the pencil

21  sketch and you accepted delivery of the final product,

22  did you have any artistic input at all, any editorial

23  changes?

24       A    He describes it in here.  He said, "Ken left me

25  alone and yet I feel very free to call him if I need

D 000946

1    help." And that he would do.

2          He'd say, "Ken, what am I going to do with this

3    figure over here?" Or, "What about this?"

4          And I'd have the sketches there. And some of

5    his sketches were very finished, not all like the one I

6    showed you. He would paint them, you know, actually do

7    them in oils.

8          Sure, but it was not -- as he said, I was not

9    an Art Director who would stand looking over your

10    shoulder. I had enough of that when I was a free-lance

11    artist. I used to detest it.

12    Q    Once he brought you a finished cover, were you

13    obligated to accept it?

14    A    Oh, no.

15    Q    No?

16    A    In those days, all art work that I did or that

17    he did or that anyone did was -- it's not like a doctor

18    doing an operation, he can't guarantee it's going to turn

19    out. The artist is obligated to make it to your

20    satisfaction. So he knew that, and I knew that, and

21    there were times when we'd have to say, "I don't think

22    this one works Norman, I don't think people are going to

23    understand it," but that was rare with him.

24    Q    Now, you have just described what I guess would

25    be the means by which a typical Post cover would come

46

1  about?

2        A    From Norman.

3        Q    Yes.  What would happen under special

4  circumstances when there would be a commissioned -- I

5  hate to use that word -- when Norman would have a

6  particular assignment, such as painting a President, can

7  you give me an example of how that would typically come

8  about?

9        A    You want the example of Ike?

10       Q    That's all right.

11       A    As I told you, Hibb's son presented the idea.

12  Didn't I tell this before?

13       Q    You did briefly, but I want to focus in on how

14  that came about, the particular commission.

15       A    I'll make it brief.  Steve Hibbs says to his

16  dad, "Why don't you get Norman to paint Ike.  It might

17  help him to be elected."

18            His dad, who wouldn't dream of looking over my

19  shoulder the way I wouldn't dream of looking over a

20  artist's shoulder, came in, and tentatively asked, "Do

21  you think this is a good idea?"

22            I said, "It's a wonderful idea."

23            So I called Norman immediately, and he said,

24  "Well, who's going to arrange it?"

25            Eisenhower was in Denver at the Brown Palace

D 000948

1   Hotel.  I called there and got Jimmy Hagerty, who was his

2   press secretary.  I explained the situation to Jim, and I

3   said, "I want to send Norman out or to get the General

4   and Norman together, so that he can do a portrait of

5   him."

6        And Jim said, "Well, the General is leaving

7   tomorrow morning for a three-week fishing trip and we're

8   just staying here today so that one of the people going

9   along can buy the steaks which he'll cook," and all that

10  sort of thing.

11       And I said, "Well, how am I going to work this,

12  Jim?  I want to get this done, and I'm not going to do it

13  without Eisenhower posing for it."

14       So he called across the room to the General,

15  and I could hear Eisenhower answering him.  Ike said,

16  "Sure, that's a fine idea.  Have him out here tomorrow

17  morning at 9:00 o'clock."

18       This is 4:30 in the afternoon and Rockwell is

19  up in Arlington Vermont, and Eisenhower and Hagerty are

20  out in Denver.  Well, I don't know what the planes were

21  in those days, whether they are as fast as they are now,

22  but you wouldn't just think of getting out there at 9:00

23  o'clock.  Furthermore, 9:00 o'clock in Denver is -- well,

24  see, there are three hours --

25       Q    I think it's two hours.

48

1      A      Two hours early or later?

2      Q      Earlier in Denver.

3      A      So he's got to be there at 7:00 o'clock.  Well,

4    anyhow, Norman made it.  We scurried around.  He wanted

5    to do it.  He loved the idea.

6           Now, I must tell you here, to show you his being

7    in business for himself, I said, "I'll get you the

8    tickets."

9           Norman said, "No, no, Ken.  I don't want you to

10   do that."

11          He wouldn't let you buy a brush or a paint or

12   anything else.  You can buy him dinner or lunch, but

13   that's business entertainment, but you couldn't pay his

14   expenses out to see Ike.

15     Q      So even under the circumstances in which --

16     A      Where I had assigned him this.

17     Q      Right, he would be paying his own expenses?

18     A      Every nickel of it.

19          So at 10:30 their time, he called up and he

20   said, "I'm all done."

21          I said, "That's wonderful."

22          He said, "I'm going to take it home and touch

23   it up a little bit."

24          I said, "Are you coming back today?" because we

25   were up against time.

1          He said, "No." He said, "No. I'm going to

2     stay here with the General for the rest of the day

3     because I want to arrange his palette for him. He

4     doesn't know anything what to do with these paints."

5          And Eisenhower painted. He loved to paint. So

6     Norman stayed out there to teach him what to do. So he

7     took it home, he finished it, and he brought it in.

8          We published it, and when we were finished

9     publishing it, many years later we sent it to the

10    Eisenhower Museum in -- I never can remember if it's

11    Albilene or Abilene, Kansas, which is where it is now.

12         Q    I'm handing you now a document which has

13    previously been marked as Exhibit Number 6.

14         A    Right.

15         Q    Can you identify that document, please?

16         A    Oh, yes. That's a confirmation order, which we

17    sent out with every check that we sent in payment for art

18    work that was done for us at the Curtis Publishing

19    Company.

20         Q    That accompanied every check to Norman

21    Rockwell, to your knowledge?

22         A    Every one.

23         Q    Was Norman Rockwell obligated to sign that

24    particular document and return it to you?

25         A    Oh, no. The arrangements between us were much

1    more informal than that.  They were a matter of once we

2    knew each other -- and he had known the Post for years

3    before I was there -- but once we became sure of each

4    other, and trusted each other with our unstudied

5    thoughts, you didn't sign anything or talk about it.  You

6    just -- when you sent him a check, price was already

7    agreed on.

8             At that time he was getting $3,500, you see.  I

9    finally got it up to 5,000.  It should have been that

10   from the start, because any time I got a Rockwell cover,

11   I'd call up the Circulation Department, and they would

12   immediately augment the principle order by one quarter of

13   a million copies for the newsstands, because this

14   fellow's covers would sell that many more copies that

15   week.  Quite a boy, eh?

16       Q    Well, under this confirmation order --

17       A    Right.

18       Q    -- what exactly was Curtis purchasing when it

19   bought an illustration, cover illustration from Norman

20   Rockwell?

21       A    Well, you can read everything they were

22   purchasing here, but what they were really purchasing

23   were, they were purchasing all rights, if you wanted to

24   put it that way.  That meant that the original belonged

25   to them, and it meant the first and second North American

D 000952

1   serial rights, that meant that any publication in print

2   of this cover was copyrighted, and you would have to have

3   our written specific permission.  That's all we really

4   were interested in.

5       Q    That's what the document means when it says

6   "all rights?"

7       A    That's what it means, yes.

8       Q    This, of course, was never signed by Norman

9   Rockwell, anyway?

10      A    No.  And you can see what it says here.  "All

11  art work is purchased outright for reproduction."  That's

12  a real purchase.  "On request, Curtis will reassign to

13  the artist American book rights and the foreign rights,

14  under the following condition."  And those conditions are

15  simply it can't be used in any way connected with

16  advertising.

17           So the book rights and the foreign rights

18  belonged to the artist.  In effect, that's what that

19  meant, and it was clearly understood and was

20  an understanding between us, the only thing that we would

21  do -- we'd have, again, the editorial give and take -- if

22  he said, "I want to let Captain Billy Wisbang print

23  this," it being a sexy magazine that wouldn't

24  particularly appeal to our audience, I might have said,

25  "I think we ought not to do it, Norman."

D 000953

1     Q    Well, the converse of my earlier question would

2    be what rights were being reserved by Norman Rockwell,

3    can you identify those?

4     A    Any rights belonged to him.  We didn't allow

5    the commercialization of our covers, such as these dolls

6    that they make today, or the plates, or engagement

7    calendars or things like that.  We wouldn't allow that,

8    because we wanted that exclusively for the cover.

9     Q    With just the magazine ~~rights~~, ~~is that~~ correct?

10     A    That's right.  But we didn't want all those

11    ancillary products that they make today.

12     Q    So in other words, the Curtis Publishing

13    Company and The Saturday Evening Post were not acquiring

14    the right to do anything but publish the illustration?

15     A    That's all we wanted.  That was clearly

16    understood, and also we would let -- the only other thing

17    we would really allow would be if they wanted to make

18    an art reproduction of a Norman Rockwell.  That means

19    that it would not be sent to you at Christmas with a

20    "Compliments of the Penn Mutual Life Insurance Company."

21     It means it would simply say, "The Marriage

22    License Bureau, Norman Rockwell, Cover of the Saturday

23    Evening Post," whatever the date was.  We would allow

24    that.

25     In fact, we made many ourselves, but we made

1    them as sales promotion things for the magazine when our

2    customers or our subscribers would demand that they have

3    a reproducion of this.  So we would make them up and sell

4    it to them at cost, cost of mailing, printing, so forth.

5         Q    So once again --

6         A    We wouldn't make a profit on it, because if we

7    did make a profit on it, we would have felt obligated to

8    give that profit to Norman, or part of it at any rate.

9    But we wouldn't do that.

10        Q    So at least pursuant to this confirmation

11   order, and of course, your close understanding with

12   Norman Rockwell, Curtis and The Saturday Evening Post

13   Company were not acquiring the right to --

14        A    No.

15        Q    -- either manufacture dolls, dinner plates --

16        A    Nothing.

17        Q    -- paraphernalia or to license other --

18        A    Nothing.

19        Q    -- parties to do so?

20        A    Nothing, except those things that -- when we

21   used his art work for anything, it was for promotion of

22   the magazine or sales of the magazine.

23        Q    And to your knowledge, did the Curtis

24   Publishing Company or The Saturday Evening Post Company

25   ever acquire that right from Norman Rockwell to license

D 000955

1    third parties?

2        A    To license third parties?

3        Q    To manufacture dinner plates, dolls and so

4    forth.

5        A    It never came up.  Because third parties would

6    come to me.  For example, Oscar Dystal came to me -- he

7    later became President of Bantam Books -- when he was out

8    in Chicago with Coronet, I think, or Esquire.  I used to

9    know him because our circulating company distributed

10   Esquire.

11           And he wanted in the worst way -- he said, "Let

12   me do" -- he said, "Your covers are so famous.  Let me

13   make a deck of playing cards with fifty-two of your

14   covers on them.  Then we could do another one with your

15   just Norman Rockwell covers."  He said, "We'd sell them

16   like crazy."

17           And I said, "I don't think we'll be interested,

18   but I'll talk it over with Ben and Fuoss."

19           Ben Hibbs and Bob Fuoss, they wanted no part of

20   it.  We were not interested in the commercialization of

21   Rockwell or any other covers of the Saturday Evening

22   Post.  We were interested in the exclusivity of the cover

23   of the Post, being a thing that you could only see there

24   and enjoy there, and it was the single most popular

25   feature of the Post.

D 000956

1      Q    When third parties did approach you --

2      A    I turned them down.

3      Q    In the way that you have described with the

4  playing cards?

5      A    Oscar approached me, and I could give you a

6  hundred examples of people that had other things they

7  wanted to do with them.  They wanted to make umbrellas

8  with pictures on them.  They wanted so many things, I

9  can't even count them.

10     Many people wanted to take the cover when it

11  had something to do with the thing that they

12  manufactured; for example, if we had a cover that had

13  an automobile in it, some automobile maker might -- some

14  sales promotion man might work on our men to try to get

15  it, and I'd always say flatly no.

16     They said, "Well, remember, Ken, this is the

17  Chrysler people and they are very important to us."

18     I said, "Well, you tell me what I say to Ford

19  or General Motors or the other auto companies if you do

20  this for Chrysler."

21     It doesn't make any sense.  We can't run a

22  magazine editorially that way.  That's called editorial

23  whoring, and it's done, but it was not done by The

24  Saturday Evening Post or the Reader's Digest, or the New

25  Yorker, or any number of fine magazines.

D 000957

1       Q    I'm going to hand you now what has been

2    previously marked as Exhibit Number 7.   Would you please

3    identify that document?

4       A    Oh, yes.  This is an affidavit that you and I

5    worked -- you wrote up first, after talking with me, and

6    I had a number of things that I didn't feel were

7    completely accurate.  It may have been my lack of under-

8    standing of legal terms or legal language, but at any

9    rate, I had to have it so it was clear to my own mind

10   that this is what actually was the truth, and I've read

11   this and it's exactly the way it should be.

12      Q    And you also asked us to do the editorial

13   changes, and we have performed all of the editorial

14   changes you have requested?

15      A    Either two or three times, yes.  I talked with

16   you once, and you changed them.  Then I talked with your

17   partner, Mr. Withrow.

18      Q    Tom Withrow.

19      A    I talked with him twice, one one day, and he

20   changed -- made all those changes.  When they came in

21   they weren't quite right.  There were a couple of other

22   things I noticed, so I called him back and he did it over

23   again.

24      Q    So the document which you finally signed, does

25   that indeed reflect the truth  --

57

1      A      That is what --

2      Q      -- accurately?

3      A      Everything what it should be.  It's accurate

4    and it's factually accurate.  That's it.

5      Q      Thank you.  We're almost finished now.  As you

6    certainly know, the Curtis Publishing Company filed

7    copyrights on each of the magazines that it published.

8    This was a copyright that pertained to the entire

9    magazine?

10      A      All contents.

11      Q      Exactly.  Can you tell me a little bit about

12    those copyrights?

13      A      Not much.

14      Q      What was it copywriting, the entire magazine?

15      A      Copywriting everything that appeared in it.

16      Q      In terms of the cover illustrations or perhaps

17    the inside illustrations by Norman Rockwell, was the

18    Curtis Publishing Company, in so copywriting these

19    magazines, reserving any rights to license third parties

20    to manufacture dinner plates, dolls and other

21    paraphernalia?

22      A      Heavens, no.  No way.

23      Q      To the best of your knowledge then, does the

24    Curtis Publishing Company or The Saturday Evening Post

25    have the right to manufacture dolls, paraphernalia, and

D 000959

58

1  and so forth, or license third parties to do so, or

2  otherwise exploit the Rockwell name?

3      A   No.  We would not have considered that our

4  right when I bought these Rockwell's.  We would have

5  thought that any second use of his work such as that,

6  would have to be worked out by the party who asked us for

7  this right and Norman Rockwell, and any payment for any

8  such use would completely go to Norman Rockwell, and we

9  would not share in any such payment.

10      But that never occurred, because there was

11  literally -- well, you couldn't use them in

12  advertisements, we didn't want them merchandised.  We

13  wanted them as covers to enjoy, and for our people to

14  enjoy, and they were the single, as I said, most popular

15  feature in the Saturday Evening Post, and we wanted to

16  protect both their exclusivity, and their character.

17      Q   Are you aware that at least since Norman

18  Rockwell's death, the Curtis Publishing Company and The

19  Saturday Evening Post Company have publicly indicated

20  that they own such rights?

21      A   I don't know anything about the legalities of

22  that.  But I do know that when Norman and I worked

23  together, it was clearly understood that there were no

24  such rights for Norman or for us, that is, a manufacture

25  of objects or reproductions of such things.

1          We did reproduce his covers when there was

2     enough demand from the subscribers.  Sometimes we foresaw

3     that demand and reproduced them in prints or in canvas,

4     fake canvas things.

5          I know when we did the one of the doctor, he's

6     got a boy with his pants down and he is standing over

7     there with the big injection needle, and I knew that

8     every doctor in the country would want that, so before we

9     published the cover, I made thousands of reproductions of

10    that.  And then someone came along and could do them on

11    canvas with a little stretcher, and we got some of those

12    as well, and we, as a promotional thing for the Post, we

13    put in -- as a service to the readers, we were offering

14    these at cost, and that was literally true.

15         Q    So it was at cost, and there weren't any

16    profits being made?

17         A    Well, sure, otherwise we would have had to

18    kick -- well, it would have been a whole new ball game.

19    You'd have to divide the profit with Norman and all that.

20    We didn't want that.  We wanted a magazine.

21         Q    Very good.  Well, I think we've finished our

22    discourse.

23         A    Great.

24         Q    I want to thank you for your time and patience

25    in going over so many of these items, which are --

D 000961

1     A    Oh, oh, that's all right.

2     Q    -- by this time, quite redundant to both of us.

3  One last item, though, that I would like to remind you

4  that you have the right to examine the transcript of this

5  affidavit, and you may --

6     A    That's this (indicating)?

7     Q    That's right. And you may read it, and make

8  any corrections to errors which may have occurred. Of

9  course, you can't withdraw your testimony, substantive

10  portions. But would you like to have a copy and also to

11  sign that?

12     A    Oh, sure, sure. And if in talking I've made

13  an error or two, I'd correct it, but I don't think I made

14  many errors.

15     Q    Thank you very much.

16        (Whereupon the affidavit was adjourned at

17     6:50 p.m.)

18

19

20                        KENNETH J. STUART

Subscribed and sworn to before
me this_____day of_____,19  .

21

22

23  NOTARY PUBLIC            My commission expires
    COMMISSIONER OF THE SUPERIOR COURT    March 31, 19  .

24

25

# I N D E X

### DEFENDANT'S EXHIBITS FOR IDENTIFICATION

| NO. | | PAGE |
|---|---|---|
| 1 | 2-page Handwritten note, Norman to Ken, November 12, 1948 | 2 |
| 2 | 1-page Letter, Norman to Kenneth Stuart, May 1, 1957 | 2 |
| 3 | 1-page Letter, Norman to Kenneth Stuart, May 19, 1959 | 2 |
| 4 | Copy of Title Page, "Norman Rockwell, My Adventures as an Illustrator" | 2 |
| 5 | Copy of Title Page, "The Norman Rockwell Album" | 2 |
| 6 | Confirmation Order, December 1, 1953 | 2 |
| 7 | 8-page Affidavit of Kenneth James Stuart | 2 |

JOAN E. PAGLIUCO
Court Reporter
5 Jade Tree Lane
Trumbull, Conn. 06611

D 000963

62

# C E R T I F I C A T E

STATE OF CONNECTICUT    )
                        )    S.S.    TRUMBULL, CONNECTICUT
COUNTY OF FAIRFIELD     )

I, Joan E. Pagliuco, a Notary Public in and for the State of Connecticut, County of Fairfield, do hereby certify that there came before me on the 21st day of May, 1985, at 5:10 o'clock p.m., at 295 Ridgefield Road, Wilton, Connecticut, the following named person, KENNETH J. STUART, who was by me duly sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters contained herein, that he was examined upon his oath and his testimony reduced to writing under my supervision, and that the transcript is a true and accurate record of the testimony given by the Affiant.

I further certify that I am neither attorney nor counsel for nor related to nor employed by any of the parties or attorneys in this matter, or financially interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand and affixed my notarial seal this 23rd day of May, 1985.


My commission expires                 _Joan E. Pagliuco_
March 31, 1986.            NOTARY  PUBLIC

                    JOAN E. PAGLIUCO
                    Court Reporter
                    5 Jade Tree Lane
                    Trumbull, Conn. 06611

D 000964

**NORMAN ROCKWELL**                    ARLINGTON, VERMONT

Nov. 12, '48.

Dear Ken,
            Elizabeth, Mary,
Schaef and I were talking
about you last night.
            We all agreed you
are the best and most co-
operative art editor we
ever knew and a very
fine person.
            Maybe I should have
waited till Valentines Day



DEFENDANT'S
EXHIBIT
SEP 5/2/03

to write you this but I
thought I write it right
now.

Sincerely
Norman

D 000966

STOCKBRIDGE
MASSACHUSETTS

May 1, 1957

Mr. Kenneth Stuart, Art Editor
The Saturday Evening Post
Washington, D.C.

Dear Ken:

I just want to put down in a letter what I have
been feeling so long—and that is how wonderfully
cooperative you have been.

The encouragment and freedom you give me in my
work shows what a great impressario you are. It is
great to feel that your art editor is one hundred per
cent for you, and is a real friend.

This may sound a bit flowery, but it is completely
sincere, and I do want to express my thanks to you.

Sincerely,

Norman

DEFENDANT'S
EXHIBIT
2
Feb 6/2/05

STOCKBRIDGE
MASSACHUSETTS

May 19, 1959


Mr. Kenneth Stuart, Art Editor
The Saturday Evening Post
Philadelphia, Pa.

Dear Ken:

    I just have to put this in writing.

    This whole amazing project of my so-called
autobiography is all due one hundred per cent to you.
It was your original conception, you have done all
the negotiating, and furnished the initiative to carry
it through.  Without your creative thinking and hard
work it just wouldn't have been.

    I have realized this all along but now I
have to write it down.  Of course it is all unbelievably
pleasing to me, and you have my undying gratitude.  You
are a great impressario.

        Sincerely,





DEFENDANT'S
EXHIBIT
3

# NORMAN ROCKWELL

*My Adventures as an Illustrator*

DEFENDANT'S
EXHIBIT
4

To my very good
friends
Ken and Katharine
Stuart,
This was all Ken's
idea ; Tom's hard
work. I thought up
The title.
Yors
Norman



and

Tom Rockwell

D 000969

# 'THE
# ORMAN
# CKWELL
# LBUM
(

*Everything I am, everything*
*I have ever done, everything*
*I hope to be I owe*
       *To*
      *Mary*
      *Lovingly*
      *Norman*
      *Rockwell*



DEFENDANT'S
EXHIBIT
5
06/05/

**1961**

DUBLEDAY & COMPANY, INC.
GARDEN CITY, NEW YORK

D-000970

THE CURTIS PUBLISHING COMPANY
INDEPENDENCE SQUARE
PHILADELPHIA 5

December 1, 1953

Mr. Norman Rockwell

Arlington, Vermont

_We inclose our check_

_in payment for your_

For Thirty-five hundred dollars

drawings, as follows:

Cover: Girl and Mirror

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, Illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, Illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where Illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

THE CURTIS PUBLISHING COMPANY


DEFENDANT'S
EXHIBIT

DEFENDANT'S
EXHIBIT
7
AED 57/15

STATE OF CONNECTICUT  )
                      )   SS:
COUNTY OF FAIRFIELD   )

### AFFIDAVIT OF KENNETH JAMES STUART

Kenneth James Stuart (hereinafter "Affiant"), being duly sworn and under oath, asserts that:

1.   Affiant is a resident of Wilton, Connecticut.  He has personal knowledge of all matters contained in this Affidavit.

2.   Affiant was employed as the Art Director of The Curtis Publishing Company ("Curtis") from late 1943 to September, 1962, inclusive.  During those years, Curtis' principal office was located in Philadelphia, Pennsylvania.  Affiant's responsibilities with Curtis included the procurement and approval of all artwork which was published in The Saturday Evening Post magazine. Affiant was also charged twice during his employment at Curtis with redesigning the magazine's layout.  From November, 1962, Affiant served as Corporate Art Director for Reader's Digest Association and Art Editor of the Reader's Digest magazine until his retirement in November 1977.  Affiant was subsequently rehired under contract as a graphics and literary advisor for Reader's Digest.

3.   Prior to joining the Saturday Evening Post staff, Affiant was a free-lance artist and prepared covers and illustrations for The Saturday Evening Post and other

D 000972

magazines.  Prior to 1943, Affiant was also a member of the
Society of Illustrators in New York City.  As a result of
his activities as an artist and membership in the Society
of Illustrators, Affiant became personally acquainted with
Norman Rockwell, the well-known American artist.  Affiant
developed a close personal relationship with Norman
Rockwell during his years as Art Editor for The Saturday
Evening Post.  Rockwell worked with your Affiant during
these years, and they remained friends until Norman
Rockwell's death.

        4.  As Curtis' Art Director, Affiant was charged with
negotiating Curtis' business transactions with Norman
Rockwell.  As a result of Affiant's position as Art
Director for The Saturday Evening Post, Curtis and Norman
Rockwell developed a close and friendly working
relationship, in which there was mutual trust and respect.
Norman Rockwell and his third wife spent the first night of
their honeymoon at your Affiant's farm.

        5.  At no time during Affiant's tenure at Curtis (or,
to the best of Affiant's knowledge, at any other time), was
Norman Rockwell directly employed by either Curtis or The
Saturday Evening Post Company ("Post").  Norman Rockwell
maintained his own studio, paid his own bills, hired his
own models, purchased his own supplies, etc., without
financial assistance by either Curtis or Post.  At no time
did any representative of Curtis or Post exert any
influence over Norman Rockwell's creative expressions or

-2-

D 000973

the manner in which he prepared illustrations for The
Saturday Evening Post, other than normal editorial
exchanges. At no time did Curtis or Post specifically
commission any artwork from Norman Rockwell, with the
exception of Rockwell's portraits of Dwight D. Eisenhower,
John F. Kennedy and other celebrated persons about whom
articles appeared in the magazine. Inside features
appearing in the Post were assignments from your Affiant,
but once assigned, Norman Rockwell would not consider
receiving payment from The Saturday Evening Post for his
expenses. Norman Rockwell was a professional free-lance
artist.

6. In all, The Saturday Evening Post published
approximately three hundred and twenty-one (321) cover
paintings during Norman Rockwell's lifetime. During
Affiant's association with Curtis, these covers were
typically prepared as follows: Norman Rockwell would
approach Affiant with a number of original sketches for new
covers. Affiant would discuss these ideas with Norman
Rockwell with normal editorial give and take, and express
an interest in the ones which Affiant thought of as
possible Saturday Evening Post covers. Norman Rockwell
would then finish the approved sketches and bring them to
Affiant. If Affiant found the covers or illustrations to
be suitable, Curtis would purchase them from the artist for
publication in the magazine. Affiant reserved the right to

-3-

D 000974

reject any illustrations he judged not suited for the magazine's purpose or character.

7.  When Curtis purchased artwork for publication in The Saturday Evening Post, Curtis typically furnished Norman Rockwell with a copy of a standard Purchase Contract along with its payment check.  Illustrative copies of this standard Purchase Contract are attached hereto as Exhibits "A" and "B".  Curtis did not require Norman Rockwell to sign such Purchase Contracts.

8.  Curtis and Norman Rockwell understood pursuant to such Purchase Contracts that Curtis would purchase all rights but retained only the first and second magazine rights to the covers or artwork.  All book rights were specifically to be returned upon the request of Norman Rockwell.  Any payment for book publications was made direct to Norman Rockwell, and Curtis did not share in such fees.  In practice, Norman Rockwell retained the rights to reproduce his artwork other than as advertisements or commercial uses such as Christmas cards.

9.  Curtis and Norman Rockwell agreed pursuant to such Purchase Contracts that Curtis was not purchasing the right to exploit the Rockwell illustrations or the Rockwell name for various commercial purposes, including the manufacture of dolls, dinner plates, Christmas tree ornaments and other paraphernalia.  At no time during Affiant's association with Curtis did either Curtis or Post purchase or otherwise acquire the right to commercially

-4-

D 000975

exploit the Rockwell illustrations or the Rockwell name in the manner described above. Nor did Norman Rockwell ever designate Curtis or Post as his agents to license the production of dolls, dinner plates, Christmas tree ornaments or other paraphernalia which purported to be modeled after Rockwell covers or illustrations.

10. While engaged as The Saturday Evening Post's Art Director, Affiant represented to Norman Rockwell on Curtis' behalf that neither Curtis nor Post had any desire or intention to exploit the commercial potential of the Rockwell work (covers and illustrations) beyond publication in The Saturday Evening Post and the use of this work in the sales and promotion of the magazine. Any second or subsequent publication not for promotional work which would appear in The Saturday Evening Post required a second smaller payment to Norman Rockwell for the privilege to do so.

11. In the event third parties expressed a desire to reproduce any Norman Rockwell artwork which had been so purchased by Curtis, Affiant informed those parties that Norman Rockwell was solely responsible for licensing such reproductions.

FURTHER AFFIANT SAITH NOT.

Kenneth James Stuart
Kenneth James Stuart

-5-

D 000976

STATE OF CONNECTICUT )
                     )   SS:
COUNTY OF FAIRFIELD  )

      Before me, a Notary Public in and for said County and
State, personally appeared Kenneth James Stuart, who acknowledged
the execution of the foregoing Affidavit, and who, having been duly
sworn, stated that any representations contained therein are true.

      Witness my hand and Notarial Seal this 21ST day of May,
1985.

My commission expires:

BETTY ROBINSON
Notary Public, State of Connecticut
County of Fairfield
My Commission Expires March 31, 1989

Notary Public
Printed: _Betty Robinson_
Resident of _Fairfield_ County

-6-

D 000977

THE CURTIS PUBLISHING COMPANY
INDEPENDENCE SQUARE
PHILADELPHIA 5

December 1, 1953

Mr. Norman Rockwell

Arlington, Vermont

*We inclose our check*

*~* Thirty-five hundred dollars    *in payment for your*

*drawings, as follows:*

Cover: Girl and Mirror

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

*THE CURTIS PUBLISHING COMPANY*

EXHIBIT A

THE CURTIS PUBLISHING COMPANY
INDEPENDENCE SQUARE
PHILADELPHIA 5

July 9, 1957

Mr. Norman Rockwell

Stockbridge,

Mass.

*We inclose our check*

*for* Four thousand five hundred dollars *in payment for your*

*drawings, as follows:*

Cover illustration: Minus A Front Tooth.

## IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

*THE CURTIS PUBLISHING COMPANY*

EXHIBIT B

D 000979