NORMAN ROCKWELL
STOCKBRIDGE
MASSACHUSETTS

Feb. 23, 1970

Miss Jane Milligan
The Saturday Evening Post
Curtis Publishing Co.
641 Lexington Avenue
New York, N.Y. 10022

Dear Miss Milligan:

I enjoyed our luncheon with Gus Gilbert so much.

You are such a pleasant person, all of which is very true, but isn't there someway we can get the agreement he desires?

He was here yesterday and I wrote a letter that he has, with a copy of the contract which I got with every original I sold to The Saturday Evening Post, and it is perfectly obvious that we should get the permission right away. Poor Mr. Gilbert is very patient, but I am afraid his patience will run out, and we just won't have those very fine art prints that he makes.

Anything you can do to help, will certainly be appreciated.

Cordially,

*Norman Rockwell*

D  000495