01CV1580 STIP

UNITED STATES DISTRICT
DISTRICT OF CONNECTICUT
Bridgeport

STUART & SONS, L.P.,

          *Plaintiff,*

-against-

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY, and THE
BENJAMIN FRANKLIN LITERARY AND
MEDICAL SOCIETY, INC.,

          *Defendants.*

Case No. 301 CV 1580 AHN

November 2, 2004

**STIPULATION RE: ADDITION OF PLAINTIFFS AND
FILING OF SECOND AMENDED COMPLAINT**

The undersigned hereby agree to the addition of the Estate of Kenneth Stuart, Sr., Kenneth Stuart, Jr., Trustee, Kenneth Stuart, Jonathan Stuart and William Stuart.

Plaintiff Stuart & Sons, L.P.

BY _____
Mary E. Sommer (ct04345)
Sandak Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

APPROVED
ALAN H. NEVAS, U.S.D.J.
SO ORDERED
11/15/20__

01CV1580(EW)-1

2005 NOV 16 P 2:37