UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x

| | | |
|---|---|---|
| STUART & SONS, L.P., KENNETH STUART, JR., EXECUTOR OF THE ESTATE OF KENNETH STUART, SR.; TRUSTEE OF THE KENNETH J. STUART TRUST; KENNETH STUART, JR., WILLIAM STUART AND JONATHAN STUART, | : : : : : : : | Case No. 301 CV 1580 (AHN) |
| Plaintiffs, | : : | |
| -against- | : : | |
| THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC., | : : : : : : : | |
| Defendants. | : : | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ x

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY
JUDGMENT AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)**

311791.1

To Plaintiff Kenneth Stuart, Jr., individually, as Executor of the Estate of Kenneth Stuart, Sr. (the "Estate"), and as Trustee of the Kenneth J. Stuart Trust (the "Trust"):

You are acting pro se on behalf of yourself as an individual, the Estate, and the Trust.  Accordingly, pursuant to Local Rule of Civil Procedure 56(b), attached hereto as Exhibit A is a true and correct copy of Local Rule of Civil Procedure 56(b).  Also attached hereto as Exhibit B is a true and correct copy of Federal Rule of Civil Procedure 56.

The purpose of this notice, which is required by the Court, is to notify you that Defendants have filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial.  Defendants argue that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

DEFENDANTS' MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 56 OF THE LOCAL RULES OF CIVIL PROCEDURE AND IF DEFENDANTS' MOTION SHOWS THAT DEFENDANTS ARE ENTITLED TO JUDGMENT AS A MATTER OF LAW.  COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE, AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with Defendants' version of the facts; (2) you have evidence contradicting Defendants' version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor. To make this showing, you must file one or more affidavits disputing Defendants' version of the facts.  An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief.  To be considered by the Court, an affidavit must be signed and sworn to in the presence of a

notary public or other person authorized to administer oaths. In addition to affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims. Please be aware that the Local Rule requires counsel and *pro se* parties to cite to specific paragraphs when citing affidavits or responses to discovery requests and to cite to specific paragraphs when citing affidavits or responses to discovery requests and to cite to specific pages when citing to deposition or other transcripts or to documents longer than a single page in length. If you fail to comply and submit evidence contradicting Defendants' version of the facts, your claims may be dismissed if Defendants' motion shows that Defendants are entitled to judgment as a matter of law.

It is therefore very important that you read the Defendants' motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with Defendants' version of the relevant facts. It is also very important that you review the enclosed copy of Rule 56 of the Local Rules of Civil Procedure carefully. This rule provides detailed instructions concerning the papers you must file in opposition to Defendants' motion, including how you must respond to specific facts Defendants claim are undisputed (*see* Rule 56(a)(2)) and how you must support your claims with specific references to evidence (*see* Rule 56(a)(3)). If you fail to follow these instructions, Defendants' motion may be granted if Defendants' motion shows that Defendants are entitled to judgment as a matter of law.

You must file your opposition papers with the Clerk of the Court and serve a copy to Defendants' counsel no later than June 22, 2005, pursuant to Magistrate Judge Fitzsimmons February 24, 2005 ruling and the Local Rules, within twenty-one days of the filing of Defendants' Motion. This twenty-one day period is extended an additional three days if any of the conditions of Rule 6(e) of the Federal Rules of Civil Procedure

are met (for example, if you received Defendants' Motion by mail or overnight delivery service).

ATTORNEYS FOR DEFENDANTS


Dated:   June 1, 2005                     By: _____
                                          William M. Bloss (CT 01008)
                                          KOSKOFF KOSKOFF & BIEDER P.C.
                                          350 Fairfield Avenue
                                          Bridgeport, CT 06604
                                          Tel: (203) 336-4421

                                          Anthony F. Lo Cicero (CT 04670)
                                          Karen J. Bernstein (CT 24254)
                                          AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                          90 Park Avenue
                                          New York, NY 10016
                                          Tel: (212) 336-8000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b) by causing copies thereof to be served as follows:

### *By Hand Delivery*

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.:  (212) 448-0066

### *Via Federal Express*

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.:  (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.:  (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.:  (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.:  (203) 431-8236

June 1, 2005                          _____
                                              William M. Bloss

311791.1                                              -5-