UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Bridgeport

| | |
|---|---|
| STUART & SONS, L.P., : <br> THE ESTATE OF KENNETH J. STUART : <br> THE KENNETH J. STUART LIVING TRUST : <br> KENNETH J. STUART JR. : <br> WILLIAM A. STUART, M.D. : <br> JONATHAN STUART : <br> *Plaintiffs,* : <br> : <br> : <br> - against - : <br> : Case No. 301 CV 1580 AHN <br> THE CURTIS PUBLISHING COMPANY, INC. : <br> THE SATURDAY EVENING POST SOCIETY, A : <br> DIVISION OF THE BENJAMIN FRANKLIN : <br> LITERARY AND MEDICAL SOCIETY, and THE : <br> BENJAMIN FRANKLIN LITERARY AND : <br> MEDICAL SOCIETY, INC. : <br> : <br> *Defendants* : June 10, 2005 | |

**PLAINTIFFS' MOTION FOR
JUDGMENT ON THE PLEADINGS**

Upon the Declaration of Sandra J. Akoury, dated June 10, 2005, with exhibits thereto, and the accompanying Memorandum of Law, plaintiffs move this Court, before the Honorable Alan H. Nevas, at the United States District Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, on submission, for an Order pursuant to Federal Rule of Civil Procedure 12(c), granting Plaintiffs judgment on the pleadings Plaintiffs' claim for a judgment declaring that the Stuart family is the owner of three

1

paintings identified in the Amended Complaint dated November 12, 2004, and on Defendants' two counterclaims, which are barred as a matter of law by, among other things, the applicable statutes of limitations and the doctrine of laches.

In accordance with the schedule established in a pre-motion conference telephone call held by the Honorable Holly B. Fitzsimmons on February 24, 2005, any papers in opposition to this motion shall be served so as to be received no later than June 22, 2005, and the Plaintiffs' reply papers shall be served no later than July 2, 2005.

        **PLAINTIFFS,**
        **WILLIAM STUART**
        **JONATHAN STUART**

        By_____
           Sandra J. Akoury (ct 21279)
           Law Offices of Sandra J. Akoury
           426 Danbury Road
           Wilton, Connecticut 06897
           203-563-9230

## CERTIFICATION

      This is to certify that a copy of the foregoing was sent via U.S. mail, postage prepaid on this 14th day of June, 2005, to the following counsel and *pro se* parties of record:

William M. Bloss, Esq.  
Koskoff, Koskoff & Bieder, P,C.  
350 Fairfield Avenue  
Bridgeport, CT 06604

Kenneth J. Stuart Jr.  
5 High Ridge Road  
Wilton, CT 06897

Anthony F. LoCicero, Esq.  
Karen J. Bernstein, Esq.  
Amster, Rothstein & Ebenstein, LLP  
90 Park Avenue  
New York, NY 10016

Paul J. Pacifico, Esq.  
965 Post Road East  
Westport, CT 06880

Peter R. Stern, Esq.  
McLauglin & Stern, LLP  
260 Madison Avenue  
New York, NY 10016

Mary E. Sommer, Esq.  
Sandak, Hennessey & Greco, LLP  
707 Summer Street  
Stamford, CT 06901

_____  
Sandra J. Akoury