UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

- - - - - - - - - - - - - - - - - - - - - - - -    x

STUART & SONS, L.P., KENNETH STUART, JR.,
EXECUTOR OF THE ESTATE OF KENNETH
STUART, SR.; TRUSTEE OF THE KENNETH J.
STUART TRUST; KENNETH STUART, JR.,
WILLIAM STUART AND JONATHAN STUART,

                Plaintiffs,

           - against -

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY and THE
BENJAMIN FRANKLIN  LITERARY AND
MEDICAL SOCIETY, INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - -    x

Case No. 301 CV 1580  (AHN)

June 17, 2005

## DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME

The Defendants move for an extension within which to respond to Plaintiffs'

Motion for Judgment on the Pleadings until July 6, 2005.

Further, Defendants move for an extension within which to Reply in further

support of their Motion for Summary Judgment on Count I of the Counterclaims

(Ownership of the Paintings) until July 19, 2005.

Counsel for one of the named Plaintiffs, Sandra Akoury, has been contacted and

has advised the undersigned that she has the authority to answer on behalf of all

313284.1

-2-

Plaintiffs in this regard and has no objection to the granting of this motion.  This is

Defendants' first motion for extension of time addressed to this issue.

                                        Respectfully submitted,

                                        Anthony F. Lo Cicero (CT 04670)
                                        Karen J. Bernstein (CT 24254)
                                        AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                        90 Park Avenue
                                        New York, NY 10016
                                        Tel: (212) 336-8000

                                        William M. Bloss (CT 01008)
                                        KOSKOFF KOSKOFF & BIEDER P.C.
                                        350 Fairfield Avenue
                                        Bridgeport, CT 06604
                                        Tel: (203) 336-4421

                                        ATTORNEYS FOR DEFENDANTS


Dated:    June ___, 2005              By: _____
          New York, New York             Anthony F. Lo Cicero (CT 04670)
                                         Karen J. Bernstein (CT 24254)


Of Counsel:

Gene R. Leeuw (#08754-49)
John M. Mead (#17459-49)
LEEUW OBERLIES & CAMPBELL
320 North Meridian Street
Suite 1006
Indianapolis, IN 46204
Tel: (317) 684-6960

313284.1                            -2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing  DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME by causing copies thereof to be served as follows:

### *via Facsimile and First Class Mail*

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.:  (212) 448-0066

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.:  (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.:  (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.:  (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.:  (203) 431-8236

Dated: New York, New York
     June ___, 2005

_____
Karen J. Bernstein

313284.1

-3-