UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Bridgeport

| | |
|---|---|
| STUART & SONS, L.P., : <br> THE ESTATE OF KENNETH J. STUART : <br> THE KENNETH J. STUART LIVING TRUST : <br> KENNETH J. STUART JR. : <br> WILLIAM A. STUART, M.D. : <br> JONATHAN STUART : <br>               *Plaintiffs,* : <br> : <br>   - against - : <br> : <br> THE CURTIS PUBLISHING COMPANY, INC. : <br> THE SATURDAY EVENING POST SOCIETY, A : <br> DIVISION OF THE BENJAMIN FRANKLIN : <br> LITERARY AND MEDICAL SOCIETY, and THE : <br> BENJAMIN FRANKLIN LITERARY AND : <br> MEDICAL SOCIETY, INC. : <br> : <br>               *Defendants* : | <br><br><br><br><br><br><br><br><br> Case No. 301 CV 1580 AHN <br><br><br><br><br><br><br> June 17, 2005 |

**PLAINTIFFS' FIRST MOTION FOR EXTENSION OF TIME**

Plaintiffs' William A. Stuart, M.D. and Jonathan Stuart move for an extension of time within which to respond to Defendants' Motion for Summary Judgment until July 6, 2005.

Further, Plaintiffs move for an extension of time within which to reply in further support of their Motion for Judgment on the Pleadings until July 19, 2005.

All Plaintiffs concur in this motion, and defendants' counsel has no objection to the granting of this request for extension of time. This is Plaintiffs' first motion for extension of time as to this issue.

Respectfully submitted,
The Plaintiffs
William A. Stuart, M.D.
Jonathan Stuart


By: _____
Sandra J. Akoury (ct 21279)
Law Offices of Sandra Akoury
426 Danbury Road
Wilton, Connecticut 06897

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. mail, postage prepaid on this 17th day of June, 2005, to the following counsel and *pro se* parties of record:

| | |
|---|---|
| William M. Bloss, Esq.<br>Koskoff, Koskoff & Bieder, P,C.<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | Kenneth J. Stuart Jr.<br>5 High Ridge Road<br>Wilton, CT 06897 |
| Anthony F. LoCicero, Esq.<br>Karen J. Bernstein, Esq.<br>Amster, Rothstein & Ebenstein, LLP<br>90 Park Avenue<br>New York, NY 10016 | Paul J. Pacifico, Esq.<br>965 Post Road East<br>Westport, CT 06880 |
| Peter R. Stern, Esq.<br>McLauglin & Stern, LLP<br>260 Madison Avenue<br>New York, NY 10016 | Mary E. Sommer, Esq.<br>Sandak, Hennessey & Greco, LLP<br>707 Summer Street<br>Stamford, CT 06901 |

_____
Sandra J. Akoury