UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUART & SONS, L.P., <br> THE ESTATE OF KENNETH J. STUART <br> THE KENNETH J. STUART LIVING TRUST <br> KENNETH J. STUART, JR. <br> WILLIAM A. STUART, M.D. <br> JONATHAN STUART <br><br> Plaintiffs, <br><br> -against- <br><br> THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC., <br><br> Defendants. | Case No. 301 CV 1580 (AHN) <br><br><br> July 5, 2005 |

## MOTION TO AMEND REPLY TO SPECIAL DEFENSES AND COUNTERCLAIM

Pursuant to F.R.C.P. 15, the Plaintiff Stuart & Sons, L.P. hereby moves the court for permission to file an Amended Reply to Defendants' Amended Special Defenses and Counterclaim, dated November 12, 2004, in order to conform its Reply to said Amended Counterclaim. The undersigned counsel for said Plaintiff has spoken to counsel for Defendants Karen Bernstein who has indicated that she does not object to the requested amendment.

Respectfully submitted,
Stuart & Sons, L.P.


BY____/s/ Mary E. Sommer
       Mary E. Sommer  (ct04345)
       Sandak Hennessey & Greco, LLP
       707 Summer Street
       Stamford, CT  06901

**CERTIFICATION**

        This is to certify that the original of this document was electronically filed with the court and a copy of the foregoing was sent via U.S. mail, postage prepaid on this 5th day of July, 2005, to the following counsel and pro se parties of record:

| | |
|---|---|
| William M. Bloss, Esq.<br>Koskoff Koskoff & Bieder, P.C.<br>350 Fairfield Avenue<br>Bridgeport, Ct 06604 | Kenneth J. Stuart, Jr.<br>5 High Ridge Road<br>Wilton, CT 06897 |
| Anthony F. LoCicero, Esq.<br>Karen J. Bernstein, Esq.<br>Amster, Rothstein & Ebenstein, LLP<br>90 Park Avenue<br>New York, NY 10016 | Paul J. Pacifico, Esq.<br>965 Post Road East<br>Westport, Ct 06880 |
| Peter R. Stern, Esq.<br>McLaughlin & Stern, LLP<br>260 Madison Avenue<br>New York, NY 10016 | |

                                       /s/ Mary E. Sommer
                                       Mary E. Sommer