UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STUART & SONS, L.P., KENNETH STUART, JR., EXECUTOR OF THE ESTATE OF KENNETH STUART, SR.; TRUSTEE OF THE KENNETH J. STUART TRUST; KENNETH STUART, JR., WILLIAM STUART AND JONATHAN STUART, | Case No. 301 CV 1580 (AHN) |
| Plaintiffs, | |
| -against- | |
| THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC., | July 6, 2005 |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF WILLIAM M. BLOSS IN SUPPORT OF
DEFENDANTS' OPPOSITION TO THE
<u>PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

1. I am a member of the law firm of Koskoff, Koskoff & Bieder, counsel for Defendants The Curtis Publishing Company, Inc., The Saturday Evening Post Society, a Division of The Benjamin Franklin Literary and Medical Society and The Benjamin Franklin Literary and Medical Society, Inc. (collectively, "Defendants").

311729.1

2. I submit this Declaration in Support of Defendants' Memorandum in Opposition to Plaintiffs' Motion for Judgment on the Pleadings. I understand that the documents attached to this declaration are what they purport to be.

3. Attached hereto as Exhibit A is a Comparison of Stuart's Second Amended Complaint with Curtis' Answer and Counterclaims, prepared by Defendants' counsel.

4. Attached hereto as Exhibit B is a copy of counsel for the Defendants' June 20, 2005, letter to Attorney Sandra Akoury.

5. Attached hereto as Exhibit C is a copy of Attorney Akoury's June 27, 2005, letter to counsel for Defendants.

6. Attached hereto as Exhibit D is a copy of the June 28, 2005, letter from counsel for the Defendants to Mr. Kenneth Stuart, Jr.

7. Attached hereto as Exhibit E is a copy of the January 31, 2005, letter from counsel for the Defendants to Attorney Sandra Akoury.

8. Attached hereto as Exhibit F is a copy of the January 31, 2005, letter from counsel for the Defendants to Attorneys Peter Stern and Mary Sommer.

9. Attached hereto as Exhibit G is a copy of the January 31, 2005, letter from Attorney Peter Stern to counsel for the Defendants.

10. Attached hereto as Exhibit H is a copy of the April 27, 2005, letter from counsel for the Defendants to Attorneys Akoury, Pacifico, Stern and Sommer.

-3-

I declare under penalty of false statement that all of the foregoing is true to the best of my knowledge and belief.

Bridgeport, Connecticut
July 6, 2005

_____
William M. Bloss

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he is one of the attorneys for defendants in the above-captioned action and that on July 6, 2005, served copies of the foregoing DECLARATION OF WILLIAM M. BLOSS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS MOTION FOR JUDGMENT ON THE PLEADINGS by causing copies thereof to be served by Federal Express, as follows:

>Peter R. Stern, Esq.
>McLaughlin & Stern LLP
>260 Madison Avenue
>New York, NY 10016
>Tel. No.:  212-448-1100
>Fax No.:  (212) 448-0066

>Sandra Akoury, Esq.
>426 Danbury Road
>Wilton, Connecticut 06897
>Tel. No.:  203-563-9230
>Fax No.:  (203) 762-9826

>Paul Pacifico, Esq.
>Pacifico & Filan
>965 Post Road East
>Westport, Connecticut 06880
>Tel. No.:  203-221-8068
>Fax No.:  (203) 221-8068

>Mary Sommer, Esq.
>Sandak Friedman Hennesse & Greco LLP
>970 Summer Street
>Stamford, CT 06905
>Tel. No.  203-325-8608
>Fax No.:  (203) 325-8608

311729.1

-4-

-5-

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Tel. No.: 203-431-0836
Fax No.: (203) 431-8236

_____
William M. Bloss

-5-

311729.1