**AMSTER ROTHSTEIN & EBENSTEIN LLP**

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main 212 336 8000
Fax  212 336 8001
Web  www.arelaw.com

| Partners | Senior Counsel | Max Vern | Hsin-Hsin (Ginger) Liu |
|---|---|---|---|
| Morton Amster | Charles R. Macedo | Karl J. Kolbinger | John Lepore |
| Jesse Rothstein (1934-2003) | Mark J. Rosenberg | Brian A. Comack | Norajean McCaffrey |
| Daniel Ebenstein | Nancy M. Dodderidge | Richard S. Mandaro | Benjamin M. Halpern* |
| Philip H. Gottfried | Joseph M. Casino | Marc J. Jason | Matthew A. Fox |
| Michael J. Berger | | Elie H. Gendloff, Ph.D. | Michael J. Kasdan |
| Neil M. Zipkin | *Associates* | David Mitnick | Sasha B. Rieders |
| Anthony F. Lo Cicero | Neal L. Rosenberg | Charles W. Rath | Rebecca R. Eisenberg |
| Kenneth P. George | Patrick Boland* | David A. Boag | |
| Abraham Kasdan, Ph.D. | John S. Economou | Karen J. Bernstein | |
| Ira E. Silfin | Michael V. Solomita | Matthieu Hausig | |
| Chester Rothstein | Holly Pekowsky | Jung S. Hahm | |
| Craig J. Arnold | Michael P. Kenney | Reiko Kaji | |
| Kenneth M. Bernstein | Marion P. Metelski | Alan D. Miller, Ph.D. | * Not admitted in New York |

June 28, 2005

**_via Facsimile_**

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897

Karen J. Bernstein
Direct 212 336 8123
E-mail kjbernstein@arelaw.com

Re:  Stuart & Sons, L.P. et al. v.
     The Curtis Publishing Company, Inc., et al.
     Case No. 301 CV 1580 AHN
     Our File: 8587/3

Dear Mr. Stuart:

It appears you did not file a Reply to Defendants' Counterclaims in December, 2004, when it was due. Since we have not received a response from you, *pro se*, individually and on behalf of the Trust and Estate, we presume that you concede to Defendants' ownership of the Paintings and do not intend on opposing our Motion for Summary Judgment of Ownership. Please confirm via facsimile by no later than Tuesday, July 5, 2005 that this is correct.

If we do not receive a response from you, we intend to raise this issue in our motion papers, which are due on July 19, 2005.

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

Karen J. Bernstein

KJB/dpb

cc:  Paul Pacifico, Esq. (*via facsimile*)
     Sandra Akoury, Esq. (*via facsimile*)
     Peter R. Stern, Esq. (*via facsimile*)
     Mary E. Sommer, Esq. (*via facsimile*)
     Gene R. Leeuw, Esq. (*via facsimile*)
     William M. Bloss, Esq. (*via facsimile*)

314475.1