# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

| Partners | Senior Counsel | | Alan D. Miller, Ph.D. |
|---|---|---|---|
| Morton Amster | Charles R. Macedo | Max Vern | Hsin-Hsin (Ginger) Liu |
| Jesse Rothstein (1934 - 2003) | Mark J. Rosenberg | Dana R. Metes | John A. Lepore |
| Daniel Ebenstein | Nancy M. Dodderidge | Karl J. Kolbinger | Norajean McCaffrey |
| Philip H. Gottfried | Joseph M. Casino | Brian A. Comack | Benjamin M. Halpern* |
| Michael J. Berger | | Richard S. Mandaro | Matthew A. Fox |
| Neil M. Zipkin | *Associates* | Marc J. Jason | Michael J. Kasdan |
| Anthony F. Lo Cicero | Neal L. Rosenberg | Elie H. Gendloff, Ph.D. | |
| Kenneth P. George | Patrick Boland* | David Mitnick | |
| Abraham Kasdan, Ph.D. | John S. Economou | Charles W. Rath | |
| Ira E. Silfin | Michael V. Solomita | David A. Boag | |
| Chester Rothstein | Holly Pekowsky | Karen J. Bernstein | |
| Craig J. Arnold | Michael P. Kenney | Matthieu Hausig | |
| Kenneth M. Bernstein | Marion P. Metelski | Jung S. Hahm | |
| | | Reiko Kaji | *Not admitted in New York |

January 31, 2005

**_Via Facsimile_**
**_and First Class Mail_**

Anthony F. Lo Cicero
Direct 212 336 8110
E-mail alocicero@arelaw.com

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, New York 10016

Mary E. Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
707 Summer Street
Stamford, CT 06905

      Re:    Stuart & Sons, L.P. et al. v.
                 The Curtis Publishing Company, Inc., et al.
                 Case No. 301 CV 1580 AHN
                 Our File: 8587/3

Dear Peter and Mary:

      Magistrate Judge Fitzsimmons' January 11, 2005 Order (copy attached for your convenience) required the Plaintiffs to respond to Defendants' outstanding document requests on or before January 21, 2005. We have received responses from Sandra Akoury, Esq. on behalf of William and Jonathan Stuart, and we are writing to Sandra under separate cover with respect to the deficiencies in her responses. However, and in direct violation of the January 11 Order, the remaining Plaintiffs, in particular your client Stuart & Sons, L.P. have not responded to these document requests at all. As such, these parties are in violation of the January 11 Order and Rule 34(a), Fed. R. Civ. P., subjecting them to sanctions under Rule 37 (Fed. R. Civ. P.).

      Please be advised that unless we receive full and complete responses to the outstanding document requests -- which were originally served on you in July of 2004 -- we will immediately contact Magistrate Judge Fitzsimmons to begin the process of obtaining sanctions against your client including the dismissal of its Complaint, the grant of the relief requested in our Counterclaims, and an award of our clients' counsel fees.

300237.1

Peter R. Stern, Esq.  -2-  January 31, 2005
Mary E. Sommer, Esq.

      We look forward to your immediate response.

      Nothing contained herein shall be deemed to constitute a waiver of any of Defendants' rights or remedies, all of which are specifically reserved.

                Very truly yours,

                AMSTER, ROTHSTEIN & EBENSTEIN LLP

                Anthony F. Lo Cicero

AFLoC/dpb
Enclosure

cc:    Paul Pacifico, Esq. (*via facsimile, w/encl.*)
       Sandra Akoury, Esq. (*via facsimile, w/encl.*)
       Gene R. Leeuw, Esq. (*via facsimile, w/encl.*)
       William M. Bloss, Esq. (*via facsimile, w/encl.*)
       Mr. Kenneth Stuart, Jr. (*via Certified Mail,*
                *Return Receipt Requested, w/encl.*)

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT  2005 JAN 12 A 11: 21

U.S. DISTRICT COURT
BRIDGEPORT, CONN

STUART & SONS, INC.

v. : CIV. NO. 3:01CV1580 (AHN)

CURTIS PUBLISHING CO., ET AL

## SCHEDULING ORDER

A telephone conference was held on January 11, 2005. After discussion, and with agreement of counsel the following scheduling order was entered:

Plaintiff will serve its document request and respond to defendants' document request on or before January 21, 2005. The parties agreed to confer regarding defendants' settlement proposal. The parties are encouraged to contact the Court for assistance in furthering their settlement discussions. The parties will contact the Court if plaintiff is unable to respond to defendants' settlement proposal before Friday, February 4, 2005.

The parties will contact the Court immediately if there are any problems complying with this scheduling order, so that timely orders may enter.

SO ORDERED at Bridgeport this 11 day of January 2005.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE