# McLaughlin & Stern, LLP

260 Madison Avenue
New York, New York 10016
(212) 448-1100
Fax (212) 448-0066

PETER R. STERN
Counsel
Direct Dial: (212) 803-1299
E-Mail: pstern@mclaughlinstern.com

January 31, 2005

BY FACSIMILE

Anthony F. Lo Cicero, Esq.
Amster, Rothstein & Ebenstein LLP
90 Park Avenue
New York, New York 10016

   Re: *Stuart & Sons, L.P. v.*
     *The Curtis Publishing Company, Inc, et al.*

Dear Tony:

  I am responding to your letters to me and Mary Sommer and to Kenneth Stuart, both dated January 31, 2005.

  Please cool your jets. While signed by Sandra Akoury as counsel to William A. Stuart and Jonathan Stuart, the Response to Defendants' document requests was served on behalf of *all* Plaintiffs, as reflected in the opening sentence commencing with the words "The Plaintiffs."

          Sincerely,

          Peter R. Stern

cc: Sandra J. Akoury, Esq.
   William M. Bloss, Esq.
   Paul Pacifico, Esq.
   Mary E. Sommer, Esq.
   Mr. Kenneth Stuart