**UNITED STATES DISTRICT COURT**    FILED

**DISTRICT OF CONNECTICUT**    2005 JUL -7  P 12: 38

U.S. DISTRICT COURT
BRIDGEPORT, CT

| | |
|---|---|
| STUART & SONS, L.P., ET AL<br>     Plaintiffs | Case No. 3:01 CV 1580<br>(AHN) |
| VS. | |
| THE CURTIS PUBLISHING COMPANY<br>INC., ET AL<br>     Defendants | JULY 1, 2005 |

## APPEARANCE

To the Clerk of this court and all parties of record:

   Enter my pro se appeance for the undersigned:

Individually and as Executor of the Estate of Kenneth J. Stuart and as Trustee of the Kenneth J. Stuart Living Trust

_____
KENNETH J. STUART
PRO SE

5 High Ridge Road
Wilton, CT  06897

1

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. mail, postage prepaid on this 1st day of July, 2005, to the following counsel and *pro se* parties of record:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P,C.
350 Fairfield Avenue
Bridgeport, CT 06604

Sandra J. Akoury, Esq..
426 Danbury Road
Wilton, CT 06897

Anthony F. LoCicero, Esq.
Karen J. Bernstein, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Paul J. Pacifico, Esq.
965 Post Road East
Westport, CT 06880

Peter R. Stern, Esq.
McLauglin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

_____
KENNETH J. STUART