# Unforgettable Norman Rockwell

## A behind-the-easel portrait of this century's most beloved American artist

BY KENNETH STUART

FIRST MET Norman Rockwell in 1944 when I became art editor of *The Saturday Evening Post*. Norman had come to Philadelphia with four cover sketches to show me. By this time he was a *Post* superstar whose covers, each time one appeared, increased sales by 250,000 copies.

Slender, narrow-faced, with quick, warm brown eyes and a prominent Adam's apple ("Norman," a more-truthful-than-tactful friend once told him, "you have the eyes of an angel and the neck of a chicken!"), the pipe he never smoked clenched in his teeth, he had an appealing, boyish manner tinged on this occasion with a touch of apprehension.

He needn't have worried; the sketches were excellent. He seemed relieved when I okayed them all. "Gosh!" he said. "Gee!"

ILLUSTRATIONS REPRINTED FROM THE SATURDAY EVENING POST AND THE CURTIS PUBLISHING COMPANY, PAGES 104 AND 105; "TRIPLE PORTRAIT" © 1960

104

(These expressions were as close as he ever came to profanity.) "That's wonderful!"

Norman held himself in at that first meeting. Later, when we became friends, he would act out his cover ideas with great animation and superb mimicry. In my office he would *become* the old charwoman or the truck driver or the baseball umpire or the wistful young girl. He posed his models that way, too, showing them the exact position he wanted, the precise smile. If he hadn't been a master storyteller-in-paint, he could have been a marvelous actor.

Norman reminded me of what the great sculptor Brancusi said: "When an artist is no longer a child, he's dead." Everything was fresh, fascinating, worthy of Norman's attention and curiosity.

If you lingered too long complimenting him on a finished painting, he would brush it aside with, "Wait until you see the one I'm working on now!"

But underneath that childlike, occasionally naive exterior was a relentless perfectionism and a limitless capacity for work. Although his imagination supplied the ideas, he painted from life and had to see his subjects first. "Step over the frame, Norman," his instructor in art school used to tell him. "Live in the picture!" He was good at that.

True realism meant research. Norman loved it. When asked to illustrate *Tom Sawyer* and *Huckleberry Finn*, he spent several days in the Missouri town where Mark Twain once lived, studying the architecture, soaking up atmosphere. To get costumes for his models, he drove around Hannibal buying old clothes off people's backs; he even bought the hat off a man's horse. Another time, prior to painting a battered tomboy sitting defiantly outside the school principal's office, he put an ad in the local paper for an authentic black eye—and had to reject the offer of one fan willing to give his daughter a shiner if Norman would choose her as the model!

After the research came the real work, when Norman was happiest. He thought nothing of making a

105

sketch a dozen times, and if a finished painting didn't seem right, he would do it over and over again. If it still didn't satisfy him (though it might others), he would toss it aside and get on to something else.

Some artists paint out of their yesterdays; certainly Norman did. He was born in a shabby brownstone in New York City in 1894 to a proper Victorian family. In the evening while their father read Dickens aloud to his two sons by gaslight, Norman sketched Fagin, Oliver Twist, Uriah Heep and the rest. In later life he said he had been deeply influenced by Dickens. Clearly, a Dickensian brand of humor and pathos and love of story-telling run through his work.

Norman took his skill for granted. "It was just something I had, like a bag of lemon drops. My brother Jarvis could jump over three orange crates; George Dugan could wiggle his ears; I could draw."

The family lived in a series of boardinghouses where the faces and mannerisms of the boarders made an indelible impression on the boy. In summer, the Rockwell family repaired to farms that took in paying guests. There Norman acquired a love for country folk and settings that never left him, and that was clearly reflected in his works' affinity for the dreams and accomplishments of heartland America.

At 16, he enrolled in the National Academy School in New York, and later studied at the more progressive Art Students League. His illustra-

tions began to sell, and when his work first appeared on the *Post* cover in 1916, other magazine doors swung open. (During his career his paintings appeared on a remarkable 323 *Post* covers.)

After a brief stint in the Navy during World War I, Norman resumed his career. A new magazine, *Liberty*, offered to double his price if he'd leave the *Post*. Prodded by wife and friends to take advantage of the proposal, he hesitantly reported it to *Post* editor George Horace Lorimer. "What do you intend to do?" the great editor asked. Lorimer's closed hand was on the desk, Norman told me, and though his expression didn't change, his knuckles turned white. "Stay with the *Post*," gulped Norman. "In that case," said Lorimer, "we'll double your price."

More money meant a more lavish life. His wife Irene liked social events. Norman tried. He went yachting on Long Island Sound; he fell off horses in Central Park; but he was not the country-club type. In 1929 he and Irene agreed to a divorce. After a brief, unhappy period of bachelorhood, he married Mary Barstow. She bore him three sons, and the marriage lasted until her death in 1959. When I first worked with him, Norman's love of country living had taken him to Arlington, Vt.; I think half the population of the town eventually turned up on *Post* covers. Later he and Mary moved to Stockbridge, Mass.

Norman never minded having people in his studio as he worked. He asked them for their opinions and took suggestions seriously. There was something about his casual manner that enabled people to speak honestly. One day my wife Katharine was in the studio when a carpenter came in to make some repairs. Norman asked him what he thought of the painting on the easel. The carpenter peered at it. "The color of the man's shirt is too red," he offered. "It's too bright."

"Thanks," said Norman. The next day Katharine noticed that the color had been changed.

Not all of his covers were successes. Once he painted a teacher of craggy and spinsterish mien, and the *Post* received baskets of letters from infuriated schoolmarms. "Gosh," said Norman ruefully, "I didn't mean they *all* looked like that!" But by now a Rockwell painting of a policeman or a soda jerk was regarded across America as the prototype of the profession.

In 1952 a new dimension appeared in Norman's work. When Dwight D. Eisenhower became the Republican candidate for President, we decided to put the General's portrait on the cover. Ike was in Denver at the convention but was about to leave to go trout fishing. He agreed to sit for a portrait if Rockwell was in Denver by nine the next morning.

Somehow Norman got there in time. At 10:30 that morning, Denver time, he telephoned me. "It's done," he said. I knew that many artists could work fast but this was astonishing. When Norman came in with the cover portrait he brought along six smaller paintings: five of Ike and one of Mamie. They were charming. Each had a different facial expression. I asked what they were for. "Oh, golly, Ken," he said, "five thousand dollars (his normal fee) is just too much money for an hour and a half's work, so I thought maybe you could also use these."

We did, on our inside pages. (The General later told me that he didn't care much for the cover portrait, but figured it brought him three million votes.)

Norman often gave away paintings to friends who admired his work. "Don't you want one?" he once asked me reproachfully. I said, "Yes, I'd love to have one." "Which?" Norman asked. I was flustered by his directness. Since "Saying Grace" was on the wall, I said, "How about this one?" So he gave it to me, as casually



*"Dwight D. Eisenhower"*

THE READER'S DIGEST

as another might bestow a cigar. It is classic Rockwell: a gallery of American faces caught in an interplay of emotions, a story-in-a-scene combining a deep reverence for traditional values with an extraordinary

"*Saying Grace*"

realism. It was his most popular cover, and it served me well: when some eager artist would come in with a cover, I would prop it against Norman's huge painting, hoping that the contrast would give the artist

*July*

UNFORGETTABLE NORMAN ROCKWELL

such a case of the humbles that he would find it awkward to ask for more money. It worked, too.

Through the years, critics faulted Rockwell for not being something he never thought he was—an artist like Vermeer or Matisse. Norman knew he was a marvelous limner of the nicer side of American life, a man whose love for the unabashedly wholesome brought pleasure to an enormous number of people. As such he had no equal. But the critics annoyed him just the same, and accusations that his work was overly sentimental or shallow would occasionally throw him into a spell of depression. At such times I found myself in the curious position of trying to give encouragement to the most beloved artist in America.

Once Robert Beverly Hale, then curator of American painting at the Metropolitan Museum in New York, asked for a Rockwell painting. Any one, he said, would do. Norman said, "I'll do 'em a special one." And he did. It was a smaller version of his "Freedom of Speech." I later asked Bob Hale why they wanted it. "Well," he said, "a thousand years from now people might want to know what Americans looked like in the 20th century. So we thought we'd better have a Rockwell."

By the early 1960s, things were changing at the *Post*. New people were coming in, and in 1962 I moved to The Reader's Digest.* Gradually Norman's relationship with the *Post*

also came to an end. He was still in great demand but something had gone out of his work. Technically he was still incredible, but the warmth and humanity were not there. He missed the letters that came in hundreds after each cover. He had answered them all himself.

The years were passing for all of us, but Norman seemed indestructible until 1974, when a Paul Gallico story came in to The Digest. Knowing that Norman admired Gallico, I phoned to ask if he would illustrate it. He said he'd love to. After several weeks nothing had happened. When I phoned Norman, he couldn't remember our earlier conversation. When he asked who Paul Gallico was, I could barely answer.

By mid-1978 Norman Rockwell was a wasted shadow attended by Molly, his third wife, and two nurses. He didn't quite make it to his 85th birthday; on November 8, 1978, he died. The little church at Stockbridge was filled with neighbors whose faces had appeared on so many canvases through the years. An eloquent little sign hung on the door of a grocery store: "Closed from 1 to 3 p.m. today in respect for Mr. Rockwell."

An illustrator, who had loved Norman's work, wrote me a note that might serve as his epitaph: "How much richer this nation is for Norman's having been among us. His whole life was built upon decency and trust and a never-failing faith in the worth of people."

---

*Ken Stuart was art director of The Reader's Digest until his retirement in November 1977.

109