**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**Bridgeport**

| | | |
|---|---|---|
| STUART & SONS, L.P., | : | |
| THE ESTATE OF KENNETH J. STUART | : | |
| THE KENNETH J. STUART LIVING TRUST | : | |
| KENNETH J. STUART JR. | : | |
| WILLIAM A. STUART, M.D. | : | |
| JONATHAN STUART | : | |
| *Plaintiffs,* | : | |
| | : | |
| | : | |
| - against - | : | |
| | : | Case No. 301 CV 1580 AHN |
| THE CURTIS PUBLISHING COMPANY, INC. | : | |
| THE SATURDAY EVENING POST SOCIETY, A | : | |
| DIVISION OF THE BENJAMIN FRANKLIN | : | |
| LITERARY AND MEDICAL SOCIETY, and THE | : | |
| BENJAMIN FRANKLIN LITERARY AND | : | |
| MEDICAL SOCIETY, INC. | : | |
| | : | |
| *Defendants* | : | July 18, 2005 |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

Plaintiffs William A. Stuart, M.D. and Jonathan Stuart move for an extension of time within which to file their reply to Defendants' Opposition to Plaintiffs' Motion for Judgment on the Pleadings until August 19, 2005. All plaintiffs concur in this Motion.

In support of this Motion, Plaintiffs represent that certain documents exist which are not only relevant to this matter, but there is a strong possibility that said documents may settle the issues now before the Court. The existence of these documents has only come to Plaintiffs' attention since the

filing of the parties' Motions on July 6, 2005. These potentially definitive documents are in the possession of third parties. Plaintiffs have pursued discovery of these documents directly with the third parties, and expect to receive them shortly. It is Plaintiffs' intent to immediately share these documents with counsel for Defendants. An extension of time is necessary to provide the Plaintiffs the opportunity to obtain the documents and to present all relevant information to the Court. Further, an extension of time to file will preclude the necessity of revisiting the issues in a supplemental motion upon the receipt of said potentially definitive documents.

The undersigned has been advised by counsel that, although the Defendants are concurrently moving for a one-week extension of time within which to file their reply to Plaintiffs' Objection to Defendants' Motion for Summary Judgment, Defendants object to this Motion for Extension of Time. In the spirit of cooperation and as a courtesy to counsel, Plaintiffs have consented to Defendants' request for additional time.

Wherefore, in the interest of justice and judicial efficiency, the Plaintiffs respectfully request an Extension of Time for thirty days to file their reply to Defendants' Opposition to Plaintiffs' Motion for Judgment on the Pleadings, within which they will obtain and provide to Defendants' counsel additional potentially definitive documents from third parties. Plaintiffs request oral argument on this motion should the Court require additional information.

Respectfully submitted,
The Plaintiffs
William A. Stuart, M.D. and Jonathan Stuart

By: _____
    Sandra J. Akoury (ct 21279)
    Law Offices of Sandra Akoury
    426 Danbury Road
    Wilton, Connecticut 06897

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile transmission and U.S. mail, postage prepaid on this 18th day of July, 2005, to the following counsel and *pro se* parties of record:


William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P,C.
350 Fairfield Avenue
Bridgeport, CT 06604

Anthony F. LoCicero, Esq.
Karen J. Bernstein, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016


Peter R. Stern, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Kenneth J. Stuart Jr.
5 High Ridge Road
Wilton, CT 06897

Paul J. Pacifico, Esq.
965 Post Road East
Westport, CT 06880


Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901


_____
Sandra J. Akoury