UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

------------------------------------------------------x

STUART & SONS, L.P., KENNETH STUART, JR., EXECUTOR OF THE ESTATE OF KENNETH STUART, SR.; TRUSTEE OF THE KENNETH J. STUART TRUST; KENNETH STUART, JR., WILLIAM STUART AND JONATHAN STUART,

       Plaintiffs,

  - against -

THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC.,

       Defendants.

------------------------------------------------------x

Case No. 301 CV 1580 (AHN)

July 18, 2005

## DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME

The Defendants move for an extension within which to submit their Reply in Support of the Memorandum of Law in Support of Defendants' Motion for Summary Judgment on Count I of Defendants' Counterclaims (Ownership of the Paintings) ("Motion for Summary Judgment") until July 26, 2005.

Counsel for Plaintiffs Stuart & Sons, L.P. and William and Jonathan Stuart and Plaintiff Kenneth J. Stuart, Jr., *pro se,* individually and on behalf of the Estate of Kenneth J. Stuart, Sr. (the "Estate") and the Kenneth J. Stuart Trust (the "Trust"), have been contacted and have no objection to the granting of this motion. This is Defendants' second motion for extension of time.

316047.1

The reason for the extension of time is that Plaintiffs Jonathan and William Stuart, as well as Kenneth J. Stuart, *pro se*, individually and on behalf of the Estate and the Trust, recently filed untimely Replies to Defendants' Counterclaims; and Plaintiff Stuart & Sons, L.P. made a last-minute filing of its amended Reply to Defendants' Counterclaims, the very same day Defendants filed their Opposition to Plaintiffs' Motion for Judgment on the Pleadings.  As a result of these untimely and last-minute filings, Defendants must amend their initial motion, Local Rule 56(a)(1) Statement in Support of Their Motion for Summary Judgment, and Opposition to Plaintiffs' Motion for Judgment on the Pleadings, because Defendants' summary judgment and opposition papers referenced and made arguments directed to Plaintiffs' December, 2004 Reply to Defendants' Counterclaims, a Reply that has been either superseded by an Amended Reply, at least on behalf of Plaintiff Stuart & Sons, L.P.[1]  Accordingly, such references and arguments

---

[1] Arguments requesting the Court enter default judgment as to Plaintiffs William and Jonathan Stuart on Defendants' Counterclaims was made in Defendants' Opposition to Plaintiffs' Motion for Judgment on the Pleadings because of their inexcusable and untimely filing of a Reply to Defendants' Counterclaims -- a Reply that was filed six-months late.  However, at the time of the filing of Defendants' Opposition to Plaintiffs' Motion for Judgment on the Pleadings, Defendants had not received service of Plaintiff Kenneth J. Stuart, Jr.'s (*pro se*, individually and on behalf of the Estate and Trust) Reply to Defendants' Counterclaims that was also inexcusably and untimely filed -- a Reply that was filed on the same day that Defendants filed their Opposition to Plaintiffs' Motion for Judgment on the Pleadings.  Defendants intend on raising the issue of the entry of a default judgment as to Kenneth J. Stuart, the Estate and the Trust on Defendants' Counterclaims in Defendants' amended Opposition to Plaintiffs' Judgment on the Pleadings and in their amended Motion for Summary Judgment papers.

must be revised, which has delayed the drafting of Defendants' Reply in Support of their Motion for Summary Judgment.

        Respectfully submitted,

        William M. Bloss (CT 01008)
        KOSKOFF KOSKOFF & BIEDER P.C.
        350 Fairfield Avenue
        Bridgeport, CT 06604
        Tel: (203) 336-4421

        Anthony F. Lo Cicero (CT 04670)
        Karen J. Bernstein (CT 24254)
        AMSTER, ROTHSTEIN & EBENSTEIN LLP
        90 Park Avenue
        New York, NY 10016
        Tel: (212) 336-8000

        ATTORNEYS FOR DEFENDANTS

        By: _____
            William M. Bloss (CT 01008)

<u>Of Counsel</u>:

Gene R. Leeuw (#08754-49)
John M. Mead (#17459-49)
LEEUW OBERLIES & CAMPBELL
320 North Meridian Street
Suite 1006
Indianapolis, IN 46204
Tel: (317) 684-6960

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME by causing copies thereof to be served as follows:

### *via Facsimile and First Class Mail*

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.: (203) 431-8236

Dated: Bridgeport, Connecticut
      July___, 2005

_____
William M. Bloss