# AMSTER ROTHSTEIN & EBENSTEIN LLP

*Intellectual Property Law*

90 Park Avenue
New York NY 10016

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

**Partners**
Morton Amster
Jesse Rothstein (1934-2003)
Daniel Ebenstein
Philip H. Gottfried
Michael J. Berger
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Abraham Kasdan, Ph.D.
Ira E. Silfin
Chester Rothstein
Craig J. Arnold
Kenneth M. Bernstein

**Senior Counsel**
Charles R. Macedo
Mark J. Rosenberg
Nancy M. Dodderidge
Joseph M. Casino

*Associates*
Neal L. Rosenberg
Patrick Boland*
John S. Economou
Michael V. Solomita
Holly Pekowsky
Michael P. Kenney
Marion P. Metelski

Max Vern
Karl J. Kolbinger
Brian A. Comack
Richard S. Mandaro
Marc J. Jason
Elie H. Gendloff, Ph.D.
David Mitnick
Charles W. Rath
David A. Boag
Karen J. Bernstein
Matthieu Hausig
Jung S. Hahm
Reiko Kaji
Alan D. Miller, Ph.D.

Hsin-Hsin (Ginger) Liu
John Lepore
Norajean McCaffrey
Benjamin M. Halpern*
Matthew A. Fox
Michael J. Kasdan
Sasha B. Rieders
Rebecca R. Eisenberg

\* Not admitted in New York

July 14, 2005

**<u>Via Facsimile</u>**

Karen J. Bernstein
Direct 212 336 8123
E-mail kjbernstein@arelaw.com

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897

   Re: Stuart & Sons, L.P. et al. v.
      The Curtis Publishing Company, Inc., et al.
      Case No. 301 CV 1580 AHN
      <u>Our File: 8587/3</u>

Dear Sandra:

   Thank you for consenting to a one-week extension from July 19 to July 26 for Defendants to file their Reply in Support of Their Motion for Summary Judgment on Count I (Ownership of the Paintings). I presume that this consent is on behalf of all Plaintiffs.

   As I explained to you on the phone yesterday, the reason Defendants need an extra week to file their Motion for Summary Judgment is as a result of Plaintiffs William and Jonathan Stuart's, as well as Kenneth Stuart, Jr.'s (*pro se*, individually and on behalf of the Estate and Trust) untimely filing of the Replies to Defendants' Counterclaims, filed six months too late. In addition, Plaintiff Stuart & Sons, L.P. filed their Amended Reply to Defendants' Counterclaims on the same day Defendants filed their Opposition to Plaintiffs' Motion for Judgment on the Pleadings. Defendants' Opposition cited to and relied upon Plaintiffs' Reply to Defendants' Counterclaims (filed in December, 2004) and now Defendants must amend their Statement of Undisputed Material Facts in support of their Motion for Summary Judgment and their Opposition to the Plaintiffs' Motion for Judgment on the Pleadings to reflect the recently-filed Replies.

   **To counsel for Stuart & Sons, L.P. and Mr. Stuart, Jr.:** Please advise the undersigned either in writing or by phone by no later than Noon on Monday, July 18, 2005 if you will not consent to Defendants' request of a one-week extension to file their Reply in Support of Their Motion for Summary Judgment on Count I (Ownership of the Paintings). If we do not hear from you by Noon on Monday, July 18,

315909.1

Sandra Akoury, Esq.  -2-  July 14, 2005

2005, we plan to make a motion for extension of time and advise the Court that all Plaintiffs consent to the one-week extension.

\* \* \*

We also discussed on the phone today whether Defendants would consent to a thirty-day extension from July 19 to August 19 for Plaintiffs to file their Reply in Support of Their Motion for Judgment on the Pleadings.

As I advised you on the phone yesterday and today, Defendants would consent to a one-week extension for Plaintiffs to file their Reply in Support of Their Motion for Judgment on the Pleadings. However, your explanation for a thirty-day extension; namely, that Plaintiffs need the thirty-day extension because they are expecting alleged documents from third parties that might be helpful to their case, is simply not a reasonable enough excuse meriting Defendants' consent. Further, you refuse to divulge who those alleged third parties are. By not divulging the names of the alleged third parties you seek documents from is simply unacceptable and comes too late as fact discovery ended months ago.

Please contact me if you wish to discuss this matter further.

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

Karen J. Bernstein

KJB/dpb

cc:  Paul Pacifico, Esq. (*via facsimile*)
     Peter R. Stern, Esq. (*via facsimile*)
     Mary E. Sommer, Esq. (*via facsimile*)
     Kenneth Stuart, Jr. (*via facsimile*)
     Gene R. Leeuw, Esq. (*via facsimile*)
     William M. Bloss, Esq. (*via facsimile*)

315909.1