UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

---------------------------------- x

STUART & SONS, L.P., KENNETH STUART, JR., EXECUTOR OF THE ESTATE OF KENNETH STUART, SR.; TRUSTEE OF THE KENNETH J. STUART TRUST; KENNETH STUART, JR., WILLIAM STUART AND JONATHAN STUART,

Plaintiffs,

-against-

THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC.,

Defendants.

---------------------------------- x

Case No. 301 CV 1580 (AHN)

July 22, 2005

**SUPPLEMENTAL DECLARATION OF WILLIAM M. BLOSS
IN SUPPORT OF DEFENDANTS' AMENDED OPPOSITION TO THE
PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**

1. I am a member of the law firm of Koskoff, Koskoff & Bieder, counsel for Defendants The Curtis Publishing Company, Inc., The Saturday Evening Post Society, a Division of The Benjamin Franklin Literary and Medical Society and The Benjamin Franklin Literary and Medical Society, Inc. (collectively, "Defendants").

2. I submit this Supplemental Declaration in Support of Defendants' Amended Memorandum of Law in Opposition to Plaintiffs' Motion for Judgment on the Pleadings. I understand that the documents attached to this declaration are what they purport to be.

316682.1

-2-

3. Attached hereto as Exhibit A is a Comparison of Plaintiffs' Second Amended Complaint with Curtis' Answer and Counterclaims and also a comparison of Defendants' Counterclaims with Plaintiffs Stuart & Sons, L.P., Jonathan and William Stuart, and Kenneth J. Stuart, Jr., *pro se*, individually and on behalf of the Estate of Kenneth Stuart, Sr. and the Kenneth J. Stuart Trust, respectively.

4. All other exhibits cited in Defendants' Amended Memorandum of Law in Opposition to Plaintiffs' Motion for Judgment on the Pleadings can be located in the Declaration of William M. Bloss in Support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Judgment on the Pleadings, dated July 6, 2005. *See* Dkt #66 (Declaration of William M. Bloss in Support of Defendants' Opposition to Plaintiffs' Motion for Judgment on the Pleadings, filed July 6, 2005).

I declare under penalty of false statement that all of the foregoing is true to the best of my knowledge and belief.

Bridgeport, Connecticut  
July ____, 2005

                                                      _____  
                                                      William M. Bloss

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing SUPPLEMENTAL DECLARATION OF WILLIAM M. BLOSS IN SUPPORT OF DEFENDANTS' AMENDED OPPOSITION TO THE PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS by causing copies thereof to be served via facsimile and first class mail as follows:

>Peter R. Stern, Esq.
>McLaughlin & Stern LLP
>260 Madison Avenue
>New York, NY 10016
>Fax No.: (212) 448-0066
>
>Sandra Akoury, Esq.
>426 Danbury Road
>Wilton, Connecticut 06897
>Fax No.: (203) 762-9826
>
>Paul Pacifico, Esq.
>Pacifico & Filan
>965 Post Road East
>Westport, Connecticut 06880
>Fax No.: (203) 221-8068
>
>Mary Sommer, Esq.
>Sandak Friedman Hennesse & Greco LLP
>970 Summer Street
>Stamford, CT 06905
>Fax No.: (203) 325-8608
>
>Mr. Kenneth Stuart, Jr.
>5 High Ridge Road
>Wilton, CT 06897
>Fax No.: (203) 431-8236

Dated: Bridgeport, Connecticut

_____
July ___, 2005                                      William M. Bloss