UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

---------------------- x

STUART & SONS, L.P., KENNETH STUART, JR.,
EXECUTOR OF THE ESTATE OF KENNETH
STUART, SR.; TRUSTEE OF THE KENNETH J.
STUART TRUST; KENNETH STUART, JR.,
WILLIAM STUART AND JONATHAN STUART,

Case No. 301 CV 1580 (AHN)

Plaintiffs,

-against-

THE CURTIS PUBLISHING COMPANY, INC., THE
SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY and THE
BENJAMIN FRANKLIN LITERARY AND MEDICAL
SOCIETY, INC.,

July 26, 2005

Defendants.

---------------------- x

**DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF
DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF
THEIR MOTION FOR SUMMARY JUDGMENT ON COUNT I
OF DEFENDANTS' COUNTERCLAIMS (OWNERSHIP OF THE PAINTINGS)**

KAREN J. BERNSTEIN declares that:

1. I am associated with the law firm of Amster, Rothstein & Ebenstein LLP, counsel for Defendants The Curtis Publishing Company, Inc., The Saturday Evening Post Society, a Division of The Benjamin Franklin Literary and Medical Society and The Benjamin Franklin Literary and Medical Society, Inc. (collectively, "Defendants"). I am admitted *pro hac vice* in the instant matter.

316941.1

2. I submit this Declaration in Support of Defendants' Reply Memorandum of Law in Support of Their Motion for Summary Judgment on Count I of Defendants' Counterclaims (Ownership of the Paintings).

3. Attached hereto as Exhibit A is a true and correct copy of a letter dated June 20 [sic], 2005 from Karen J. Bernstein, Esq. to Sandra Akoury, Esq.

4. Attached hereto as Exhibit B is a true and correct copy of a letter dated June 27, 2005 from Sandra Akoury, Esq. to Karen J. Bernstein, Esq. (without attachment).

5. Attached hereto as Exhibit C is a true and correct copy of a letter dated June 28, 2005 from Karen J. Bernstein, Esq. to Kenneth J. Stuart, Jr.

I declare under penalty of perjury that all of the foregoing is true and correct.

New York, New York
July 26, 2005

_____
Karen J. Bernstein

316941.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing DECLARATION OF KAREN J. BERNSTEIN IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT ON COUNT I OF DEFENDANTS' COUNTERCLAIMS (OWNERSHIP OF THE PAINTINGS) by causing copies thereof to be served via facsimile and first class mail to the following:

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.: (203) 431-8236

Dated: New York, New York
       July 26, 2005

_____
Karen J. Bernstein

316941.1

-3-