UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

------------------x

STUART & SONS, L.P., KENNETH STUART, JR.,
EXECUTOR OF THE ESTATE OF KENNETH
STUART, SR.; TRUSTEE OF THE KENNETH J.
STUART TRUST; KENNETH STUART, JR.,
WILLIAM STUART AND JONATHAN STUART,

                Plaintiffs,

            - against -

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY and THE
BENJAMIN FRANKLIN LITERARY AND
MEDICAL SOCIETY, INC.,

                Defendants.

------------------x

Case No. 301 CV 1580 (AHN)

August 2, 2005

**<u>NOTICE OF APPEARANCE</u>**

317040.1

-1-

Please take notice of the appearance of co-counsel for the defendants/ counterclaim-plaintiffs The Curtis Publishing Company, Inc., The Saturday Evening Post Society, and The Benjamin Franklin Literary and Medical Society, Inc.:

>AMSTER ROTHSTEIN & EBENSTEIN LLP
>90 Park Avenue
>New York, New York 10016
>Telephone: (212) 336-8000
>Facsimile: (212) 336-8001

>Respectfully submitted,
>
>Anthony F. Lo Cicero (CT 04670)
>Karen J. Bernstein (CT 24254)
>AMSTER, ROTHSTEIN & EBENSTEIN LLP
>90 Park Avenue
>New York, NY 10016
>Tel: (212) 336-8000
>
>ATTORNEYS FOR DEFENDANTS

Dated: August 2, 2005
New York, New York

By: _____
Karen J. Bernstein (CT 24254)

317040.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing NOTICE OF APPEARANCE by causing copies thereof to be served as follows:

### *via Facsimile and First Class Mail*

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.: (203) 431-8236

Dated: New York, New York
   August __, 2005

_____
William M. Bloss

317040.1