# LEEUW & DOYLE

**PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**

FIRST INDIANA PLAZA, SUITE 2000
135 NORTH PENNSYLVANIA STREET
INDIANAPOLIS, INDIANA 46204-2456
TELEPHONE (317) 264-5000
FACSIMILE (317) 264-5400

**GENE R. LEEUW**

Mobile: (317) 695-6281
e-mail: grleeuw@aol.com

AFFILIATED FIRM:

SWIFT & FINLAYSON
SUITE 500
803 SOUTH CALHOUN STREET
FORT WAYNE, INDIANA 46802
TELEPHONE (219) 423-4422
FACSIMILE (219) 423-4427

August 10, 2001

Ken Stuart, Jr.
454 Danbury Road
Wilton, Connecticut 06897

Re: Norman Rockwell/Saturday Evening Post
Original Art

Dear Mr. Stuart:

I understand that you have recently been forwarded copies of Phillip Strubing's recorded statements relating to the ownership of certain original art work prepared for the covers of *The Saturday Evening Post*. I have enclosed herewith for your review an additional recorded statement of Mr. Strubing relating to the Rockwell art work.

Please let me know at your earliest opportunity if there is anything contained in Mr. Strubing's statements that you believe are in any way inaccurate.

I have also enclosed for your information and review a confidential proposed draft of an article being prepared for the next issue of *The Saturday Evening Post*. Please review the article, and if there is anything contained in the article that you find to be inaccurate, please let us know at your earliest opportunity.

On a final note, if you are in possession of any original art work that was used for the covers for any issues of *The Saturday Evening Post*, will you please submit to us by return mail any documents you have that would justify your possession or retention of the art work.

Very truly yours,

LEEUW & DOYLE, P.C.

By: _____
      Gene R. Leeuw

GRL/blc

*"SERVING THE MIDWEST SINCE 1959"*