# THE CURTIS PUBLISHING COMPANY

1000 Waterway Boulevard, Indianapolis, Indiana 46202. Phone :317  636 -1000
Telex: 27440. Panafax  317  634 -1791

2,2/77

May 13, 1986

CERTIFIED MAIL # 835080
RETURN RECEIPT REQUESTED

Mr. Kenneth J. Stuart
295 Ridgefield Road
Wilton, CT  06897

Dear Mr. Stuart:

We are in the process of attempting to locate original Norman Rockwell artwork.

It has come to our attention that you are in the possession of some of the original artwork including "Saying Grace".

Will you please drop us a note at your earliest convenience listing any original Norman Rockwell artwork in your possession including the date and manner in which you acquired it.

Thank you very much for your assistance.

Sincerely,

Beurt SerVaas
Chairman of the Board