UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Bridgeport

| | |
|---|---|
| STUART & SONS, L.P., : <br> THE ESTATE OF KENNETH J. STUART : <br> THE KENNETH J. STUART LIVING TRUST : <br> KENNETH J. STUART JR. : <br> WILLIAM A. STUART, M.D. : <br> JONATHAN STUART : <br>              *Plaintiffs,* : <br> : <br> : <br>  - against -            : <br> : <br> THE CURTIS PUBLISHING COMPANY, INC. : <br> THE SATURDAY EVENING POST SOCIETY, A : <br> DIVISION OF THE BENJAMIN FRANKLIN : <br> LITERARY AND MEDICAL SOCIETY, and THE : <br> BENJAMIN FRANKLIN LITERARY AND : <br> MEDICAL SOCIETY, INC. : <br> : <br>              *Defendants* : | Case No. 301 CV 1580 AHN <br><br> August 19, 2005 |

**PLAINTIFFS' MOTION FOR PERMISSION TO SUBMIT SUPPLEMENTAL DECLARATION AND LOCAL RULE 56(A)2 STATEMENT IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

     Plaintiffs hereby move for the Court's permission to submit a Supplemental Declaration and Local Rule 56(a)2 Statement and Memorandum in further Opposition to the Defendants' Motion for Summary Judgment, filed June 1, 2005, revised by Amended Rule 56(a)1 Statement on July 22, 2005.

     As represented by the Plaintiffs in their Motion for Extension of Time dated July 18, 2005, additional documents addressing the issues in the instant action have been discovered. These documents directly contradict the

1

Defendants' position in this matter. In addition, the Plaintiffs have obtained three affidavits from individuals having actual knowledge of the factual background in this matter, all of which are attached to the Supplemental Declaration. The Plaintiffs' documents are further accompanied by their Local Rule 56(a)2 Statement, as required to assist the Court. A copy of the proposed Supplemental Declaration and the Local Rule 56(a)2 Statement are attached hereto.

**WHEREFORE**, the Plaintiffs respectfully request the Court's permission to submit the attached Supplemental Declaration in further opposition to the Defendants' Motion for Summary Judgment, and the attached Local Rule 56(a)2 Statement as required.

Respectfully submitted,
The Plaintiffs
William A. Stuart, M.D. and Jonathan Stuart

By: _____
    Sandra J. Akoury (ct 21279)
    Law Offices of Sandra Akoury
    426 Danbury Road
    Wilton, Connecticut 06897


Kenneth J. Stuart Jr., *pro se,*
Individually, as Executor of the Estate
of Kenneth J. Stuart, and as Trustee of
the Kenneth J. Stuart Living Trust


_____
Kenneth J. Stuart Jr., *pro se*

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via facsimile transmission and U.S. mail, postage prepaid on this 19th day of August, 2005, to the following counsel and *pro se* parties of record:

| | |
|---|---|
| William M. Bloss, Esq.<br>Koskoff, Koskoff & Bieder, P,C.<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | Kenneth J. Stuart Jr.<br>5 High Ridge Road<br>Wilton, CT 06897 |
| Anthony F. LoCicero, Esq.<br>Karen J. Bernstein, Esq.<br>Amster, Rothstein & Ebenstein, LLP<br>90 Park Avenue<br>New York, NY 10016 | Paul J. Pacifico, Esq.<br>965 Post Road East<br>Westport, CT 06880 |
| Peter R. Stern, Esq.<br>McLaughlin & Stern, LLP<br>260 Madison Avenue<br>New York, NY 10016 | Mary E. Sommer, Esq.<br>Sandak, Hennessey & Greco, LLP<br>707 Summer Street<br>Stamford, CT 06901 |

_____
Sandra J. Akoury