UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

- - - - - - - - - - - - - - - - - - - - x

STUART & SONS, L.P., KENNETH STUART, JR.,  :
EXECUTOR OF THE ESTATE OF KENNETH       :
STUART, SR.; TRUSTEE OF THE KENNETH J.  :
STUART TRUST; KENNETH STUART, JR.,      :
WILLIAM STUART AND JONATHAN STUART,  :    Case No. 301 CV 1580 (AHN)
                                     :
                Plaintiffs,           :
                                     :
          -against-           :    September 9, 2005
                                     :
THE CURTIS PUBLISHING COMPANY, INC., THE :
SATURDAY EVENING POST SOCIETY, A       :
DIVISION OF THE BENJAMIN FRANKLIN      :
LITERARY AND MEDICAL SOCIETY and THE   :
BENJAMIN FRANKLIN LITERARY AND MEDICAL :
SOCIETY, INC.,                           :
                                     :
                Defendants.        :

- - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION TO
PRECLUDE PLAINTIFFS FROM RELYING UPON THE SUPPLEMENTAL
DECLARATION OF SANDRA AKOURY AND THE AFFIDAVITS AND
DOCUMENTS ATTACHED THERETO IN FURTHER OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the Memorandum of Law of Defendants the

Curtis Publishing Company, Inc., the Saturday Evening Post Society, a Division of the

Benjamin Franklin Literary and Medical Society and the Benjamin Franklin Literary and

Medical Society, Inc. (collectively, "Defendants"), the proposed order, and all prior

pleadings and proceedings heretofore had herein, and accompanying exhibits,

Defendants will move this Court at the United States District Court, Brien McMahon

Federal Building, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 as soon as

321022.1

counsel may be heard, for an order granting Defendants' Motion to Preclude Plaintiffs from Relying Upon the Supplemental Declaration of Sandra Akoury and the Affidavits and Documents Attached Thereto in Further Opposition to Defendants' Motion for Summary Judgment.

Respectfully submitted,

Anthony F. Lo Cicero (CT 04670)
Karen J. Bernstein (CT 24254)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000

William M. Bloss (CT 01008)
KOSKOFF KOSKOFF & BIEDER P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 336-4421

ATTORNEYS FOR DEFENDANTS

Dated:  September  1 , 2005        By: _____
        New York, New York                Karen J. Bernstein (CT 24254)

Of Counsel:

Gene R. Leeuw (#08754-49)
John M. Mead (#17459-49)
LEEUW OBERLIES & CAMPBELL
320 North Meridian Street
Suite 1006
Indianapolis, IN 46204
Tel: (317) 684-6960

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING UPON THE SUPPLEMENTAL DECLARATION OF SANDRA AKOURY AND THE AFFIDAVITS AND DOCUMENTS ATTACHED THERETO IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by causing copies thereof to be served as follows:

### *Via Facsimile and Federal Express*

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.:  (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.:  (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.:  (203) 325-8608

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.:  (212) 448-0066

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.:  (203) 431-8236

Dated: New York, New York
    September ___, 2005

                              Karen J. Bernstein