UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

------------------------------- x

STUART & SONS, L.P., KENNETH STUART, JR.,
EXECUTOR OF THE ESTATE OF KENNETH
STUART, SR.; TRUSTEE OF THE KENNETH J.
STUART TRUST; KENNETH STUART, JR.,
WILLIAM STUART AND JONATHAN STUART,

        Plaintiffs,

        -against-

THE CURTIS PUBLISHING COMPANY, INC., THE
SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY and THE
BENJAMIN FRANKLIN LITERARY AND MEDICAL
SOCIETY, INC.,

        Defendants.

Case No. 301 CV 1580 (AHN)

------------------------------- x

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING UPON THE SUPPLEMENTAL DECLARATION OF SANDRA AKOURY AND THE AFFIDAVITS AND DOCUMENTS ATTACHED THERETO IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants The Curtis Publishing Company, Inc., The Saturday Evening Post Society, a Division of the Benjamin Franklin Literary and Medical Society, and The Benjamin Franklin Literary and Medical Society, Inc., (collectively, "Defendants") having brought a motion before this Court, pursuant to Rule 26 of the Federal Rules of Civil Procedure, for an Order granting Defendants' Motion to Preclude Plaintiffs from Relying Upon the Supplemental Declaration of Sandra Akoury and the Affidavits and Documents Attached Thereto in Further Opposition to Defendants' Motion for Summary Judgment.

321029.1

Based on the parties' submissions on Defendants' Motion, the argument of counsel, and all the pleadings and proceedings heretofore had before this Court,

IT IS HEREBY ORDERED that Defendants' Motion to Preclude Plaintiffs from Relying Upon the Supplemental Declaration of Sandra Akoury and the Affidavits and Documents Attached Thereto in Further Opposition to Defendants' Motion for Summary Judgment is GRANTED in all respects.

SO, ORDERED.

Dated: New York, New York
_____, 2005

_____
Alan H. Nevas
Senior U.S.D.J.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE PLAINTIFFS FROM RELYING UPON THE SUPPLEMENTAL DECLARATION OF SANDRA AKOURY AND THE AFFIDAVITS AND DOCUMENTS ATTACHED THERETO IN FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by causing copies thereof to be served as follows:

***Via Facsimile and Federal Express***

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.: (203) 431-8236

Dated: New York, New York
September 7, 2005

_____
Karen J. Bernstein