UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

------------------- x

STUART & SONS, L.P., KENNETH STUART, JR.,
EXECUTOR OF THE ESTATE OF KENNETH
STUART, SR.; TRUSTEE OF THE KENNETH J.
STUART TRUST; KENNETH STUART, JR.,
WILLIAM STUART AND JONATHAN STUART,   :   Case No. 301 CV 1580 (AHN)

   Plaintiffs,

-against-   :   September 9, 2005

THE CURTIS PUBLISHING COMPANY, INC., THE
SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY and THE
BENJAMIN FRANKLIN LITERARY AND MEDICAL
SOCIETY, INC.,

   Defendants.

------------------- x

**NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION
TO STRIKE PLAINTIFFS' FURTHER OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE,
REQUEST FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' FURTHER
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the Memorandum of Law of Defendants the Curtis Publishing Company, Inc., the Saturday Evening Post Society, a Division of the Benjamin Franklin Literary and Medical Society and the Benjamin Franklin Literary and Medical Society, Inc. (collectively, "Defendants"), all prior pleadings and proceedings heretofore had herein, and accompanying exhibits, Defendants will move this Court at the United States District Court, Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604 as soon as counsel may be heard, for an order

321045.1

granting Defendants' Motion to Strike Plaintiffs' Further Opposition to Defendants' Motion for Summary Judgment or, in the Alternative, Request for Leave to File a Response to Plaintiffs' Further Opposition to Defendants' Motion for Summary Judgment.

                                              Respectfully submitted,

                                              Anthony F. Lo Cicero (CT 04670)
                                              Karen J. Bernstein (CT 24254)
                                              AMSTER, ROTHSTEIN & EBENSTEIN LLP
                                              90 Park Avenue
                                              New York, NY 10016
                                              Tel: (212) 336-8000

                                              William M. Bloss (CT 01008)
                                              KOSKOFF KOSKOFF & BIEDER P.C.
                                              350 Fairfield Avenue
                                              Bridgeport, CT 06604
                                              Tel: (203) 336-4421

                                              ATTORNEYS FOR DEFENDANTS

Dated: September 9, 2005          By: _____
       New York, New York                        Karen J. Bernstein (CT 24254)

Of Counsel:

Gene R. Leeuw (#08754-49)
John M. Mead (#17459-49)
LEEUW OBERLIES & CAMPBELL
320 North Meridian Street
Suite 1006
Indianapolis, IN 46204
Tel: (317) 684-6960

321045.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, REQUEST FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' FURTHER OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT by causing copies thereof to be served as follows:

*Via Facsimile and Federal Express*

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

        Mr. Kenneth Stuart, Jr.
        5 High Ridge Road
        Wilton, CT 06897
        Fax No.: (203) 431-8236

Dated: New York, New York
      September 4, 2005                     Karen J. Bernstein