## PLEADINGS

| Plaintiffs' Motion for Judgment on the Pleadings | Date | Submitted By | Defendants' Motion for Summary Judgment | Date | Submitted By |
|---|---|---|---|---|---|
| Motion for Judgment on the Pleadings* | 6/10/05 | P | Motion for Summary Judgment | 6/1/05 | D |
| Opposition to Motion for Judgment on the Pleadings | 7/6/06 | D | Opposition to Motion for Summary Judgment | 7/6/05 | P |
| Revised Opposition to Motion for Judgment on the Pleadings | 7/22/05 | D | Amended Rule 56(a)(1) Statement | 7/22/05 | D |
| Supplemental Decl. of Bloss | 7/22/05 | D | Reply to Opposition to Motion for Summary Judgment | 7/26/05 | D |
|  |  |  | Decl. of K. Bernstein | 7/26/05 | D |
|  |  |  | Permission to File | 8/19/05 | P |
| Memo in Further Support of Motion for Judg. On the Pleadings | 8/19/05 | P | Further Opposition to Mot for Summ Judg | 8/19/05 | P |
| Decl. in Further Support | 8/19/05 | P | Rule 56(a)(2) Statement | 8/19/05 | P |
|  |  |  | Notice of Motion in Support of Motion to Preclude Plaintiffs' Supplemental Declaration and Supporting Documents | 9/9/05 | D |

* The Plaintiffs' Motion for Judgment on the Pleadings was filed on June 1, 2005, in accordance with the schedule that parties had agreed upon. However, that pleading was returned by the Court as it exceeded the page limit. Thereafter, with the consent of the Defendant's counsel, the Plaintiffs re-filed the same motion with no substantive changes on June 14, 2005.

| | | | |
|---|---|---|---|
| | Proposed Order Granting Defendants' Motion to Preclude Plaintiffs' Supplemental Declaration and Supporting Documents | 9/9/05 | D |
| | Defendants' Memorandum of Law in Support of Motion to Preclude Plaintiffs' Supplemental Declaration and Supporting Documents | 9/9/05 | D |
| | Notice of Motion to Strike Plaintiffs' Further Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, to File a Response | 9/9/05 | D |
| | Defendants' Memorandum of Law in Support of Motion to Strike Plaintiffs' Further Opposition to Defendants' Motion for Summary Judgment, or in the Alternative, to File a Response | 9/9/05 | D |
| | Defendants' Request to File a Sur-Reply to Plaintiffs' Memorandum in Further Support of Motion for Judgment on the Pleadings | 9/21/05 | D |