UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------- x

STUART & SONS, L.P., KENNETH STUART, JR.,
EXECUTOR OF THE ESTATE OF KENNETH
STUART, SR.; TRUSTEE OF THE KENNETH J.
STUART TRUST; KENNETH STUART, JR.,
WILLIAM STUART AND JONATHAN STUART,

Case No. 301 CV 1580 (AHN)

Plaintiffs,

-against-

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY and THE
BENJAMIN FRANKLIN LITERARY AND
MEDICAL SOCIETY, INC.,

FEBRUARY 1, 2006

Defendants.

------------------- x

## MOTION FOR PERMISSION FOR ATTORNEY KAREN BERNSTEIN TO WITHDRAW APPEARANCE

Counsel for defendants hereby move that the Court allow Attorney Karen Bernstein (CT24254) to withdraw her appearance on behalf of the defendants, on the ground that she is no longer associated with Amster Rothstein & Ebenstein, LLP. Other counsel for defendants remain in the case. A notice of withdrawal signed by Attorney Bernstein is attached.

310653.1

ATTORNEYS FOR DEFENDANTS

Dated: February 1, 2006

By: *[signature]*
William M. Bloss (CT 01008)
KOSKOFF KOSKOFF & BIEDER P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: (203) 336-4421

Anthony F. Lo Cicero (CT 04670)
Karen J. Bernstein (CT 24254)
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 336-8000

Of Counsel:

Gene R. Leeuw (#08754-49)
John M. Mead (#17459-49)
LEEUW OBERLIES & CAMPBELL
320 North Meridian Street
Suite 1006
Indianapolis, IN 46204
Tel: (317) 684-6960

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)

- - - - - - - - - - - - - - - - - - - -x

STUART & SONS, L.P., KENNETH STUART, JR.,
EXECUTOR OF THE ESTATE OF KENNETH
STUART, SR.; TRUSTEE OF THE KENNETH J.
STUART TRUST; KENNETH STUART, JR.,
WILLIAM STUART AND JONATHAN STUART,

        Plaintiffs,

-against-

THE CURTIS PUBLISHING COMPANY, INC., THE
SATURDAY EVENING POST SOCIETY, A
DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY and THE
BENJAMIN FRANKLIN LITERARY AND MEDICAL
SOCIETY, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - -x

Case No. 301 CV 1580 (AHN)

February 1, 2006

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Karen J. Bernstein (CT 24254) has withdrawn as co-counsel for Defendants. Effective Friday, February 3, 2006, Karen J. Bernstein will no longer be associated with the firm of Amster, Rothstein & Ebenstein LLP.

Respectfully submitted,

Dated: February 1, 2006
      New York, New York

By: _____
Karen J. Bernstein (CT 24254)

333041.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is one of the attorneys for defendants in the above-captioned action and that on the date which appears below, served copies of the foregoing DEFENDANTS' MOTION FOR LEAVE TO WTIHDRAW APPEARANCE by causing copies thereof to be mailed as follows:

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York, NY 10016
Fax No.: (212) 448-0066

Sandra Akoury, Esq.
426 Danbury Road
Wilton, Connecticut 06897
Fax No.: (203) 762-9826

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, Connecticut 06880
Fax No.: (203) 221-8068

Mary Sommer, Esq.
Sandak Friedman Hennesse & Greco LLP
970 Summer Street
Stamford, CT 06905
Fax No.: (203) 325-8608

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897
Fax No.: (203) 431-8236

Dated:
    February 1, 2005

William M. Bloss