UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 FEB 27 P 4: 33
U.S. DISTRICT COURT
BRIDGEPORT, CONN

STUART & SONS, L.P., ET AL.         :

v.                                  :   Civil No. 3:01cv1580(AHN)

THE CURTIS PUBLISHING CO., ET AL.   :

## NOTICE TO COUNSEL

The Court hereby gives notice that it intends to convert the Plaintiffs' motion under Fed. R. Civ. P. 12(c) into a Fed. R. Civ. P. 56 motion for summary judgment. The Defendants are given 60 days, to April 28, 2006, to meet the facts outside the pleadings presented by the Plaintiffs' motion and to present all material made pertinent to such a motion by Rule 56.

SO ORDERED this 27th day of February, 2006 at Bridgeport, Connecticut.

_____
Alan H. Nevas
United States District Judge