# EXHIBIT A

THE CURTIS PUBLISHING COMPANY  GS227
INDEPENDENCE SQUARE
PHILADELPHIA

January 4th, 1943

Mr. Norman Rockwell
Arlington
Vermont

*We inclose our check*

*for*     Ten thousand dollars     *in payment for your*

*drawings, as follows:*

Painting for Freedom Of Worship
   "     "     "     " Speech
   "     "     "     " From Fear
   "     "     "     " Want

### IMPORTANT

This check is offered and accepted with the understanding that The Curtis Publishing Company buys *all* rights in covers, illustrations and cartoons appearing in its publications. It should be clearly understood by artists that, as the company retains all North American (including Canadian) serial rights, the second use of covers, cartoons and illustrations in North American (including Canadian) newspapers and periodicals is never permitted without our written authorization, and that the second use of such art work is not permitted anywhere else in the world prior to American publication.

Although all art work is purchased outright, and for reproduction in the Curtis publications, The Curtis Publishing Company will, on request, reassign to the artist the American book rights and the foreign rights under the following conditions: It shall be understood that under no circumstances may covers, illustrations or cartoons be reproduced as advertisements or in connection with advertising material, or for any commercial or business promotion purpose. Art work may be used on calendars only when the calendar is an "art calendar," carries no advertising, promotional or commercial text, and only with our specific consent. Where illustrations are used on book jackets it is understood that such book jackets may not be used in connection with advertising or be reproduced in advertisements.

*THE CURTIS PUBLISHING COMPANY*

# EXHIBIT B

# THE SATURDAY EVENING POST

**MARCH 6, 1948**    **15¢**

## A NEW HORNBLOWER NOVELETTE
*By C. S. FORESTER*

## A Faint Blueprint for Peace
*By MARTIN SOMMERS*



*Norman Rockwell*

© 1948 SEPS

# EXHIBIT C

302485.1

# The Saturday Evening
# POST
November 24, 1951 — 15¢

**IT COST $100,000 A MINUTE—**
The Story of the Great Storm of 1950

**HOW CLOSE IS WAR WITH RUSSIA?**
*By Demaree Bess*



# EXHIBIT D

302485.1

# The Saturday Evening POST

April 4, 1953 – 15¢

The Bad-Check Passers—
## YOU'D NEVER THINK
## THEY WERE CROOKS
**By Robert M. Yoder**

