FILED

2006 MAY -1  A 11: 35

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUART & SONS, L.P., et al.<br><br>           Plaintiff<br><br>V.<br><br>THE CURTIS PUBLISHING COMPANY,<br>INC., THE SATURDAY EVENING POST<br>SOCIETY, A DIVISION OF THE BENJAMIN<br>FRANKLIN LITERARY AND MEDICAL<br>SOCIETY, and THE BENJAMIN FRANKLIN<br>LITERARY AND MEDICAL SOCIETY, INC. | :<br>:<br>:<br>:  CASE NO. 3:01CV1580 (AHN)<br>:<br>:<br>:<br>:<br>:<br>:  April 27, 2006<br>: |

## MOTION TO ADMIT AS VISITING LAWYER DAVID MITNICK

Defendants The Curtis Publishing Company, Inc., The Saturday Evening post Society, A Division Of The Benjamin Franklin Literary and Medical Society, and The Benjamin Franklin Literary and Medical Society, Inc. (collectively "Defendants"), request, through their local counsel, the admission of additional counsel, David Mitnick of the New York bar, as a visiting lawyer under Local Rule 83.1(d) as set out more fully below:

    1.    Mitnick practices law with the firm of Amster, Rothstein & Ebenstein, having offices at 90 Park Avenue, New York, New York 10016. Phone: (212) 336-8000 facsimile (212) 336-8001.

2. Mitnick has provided extensive representation of the Defendants related to those matters currently before this Court.

3. Mitnick is a member in good standing of the State Bar of New York, and is duly admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York.

4. The required admission fee has been satisfied through the payment to the Clerk of this Court, simultaneously with the filing of this motion.

5. Neither Mitnick nor any member of the firm to which he belongs has been disciplined or denied admission to any court.

WHEREFORE, Defendants, by and through their undersigned local counsel, respectfully request that this Court permit the appearance of Mitnick as a visiting lawyer in this Court as additional counsel for Defendants in connection with the above styled matter.

THE DEFENDANTS

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
TEL: 203-336-4421
FAX: 203-368-3244
email: bbloss@koskoff.com

OF COUNSEL:

Anthony F. LoCicero
Karen Bernstein
Amster, Rothstein & Ebenstein
90 Park Avenue
New York, N.Y. 10016
TEL: 212-697-5995
FAX: 212-286-0854

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 27th day of April, 2006, to all counsel and pro se parties of record, as follows:

Peter R. Stern, Esq.
McLaughlin & Stern LLP
260 Madison Avenue
New York N.Y. 10016

Sandra Akoury, Esq.
426 Danbury Road
Wilton, CT 06897

Paul Pacifico, Esq.
Pacifico & Filan
965 Post Road East
Westport, CT 06880

Mary E. Sommer, Esq.
Sandak Friedman Hennessey & Greco
970 Summer Street
Stamford, CT 06905

Mr. Kenneth Stuart, Jr.
5 High Ridge Road
Wilton, CT 06897

William M. Bloss