UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Bridgeport

| | |
|---|---|
| STUART & SONS, L.P., : <br> THE ESTATE OF KENNETH J. STUART : <br> THE KENNETH J. STUART LIVING TRUST : <br> KENNETH J. STUART JR. : <br> WILLIAM A. STUART, M.D. : <br> JONATHAN STUART : <br>                 *Plaintiffs,* : <br> : <br> : <br>    - against - : <br> : <br> THE CURTIS PUBLISHING COMPANY, INC. : <br> THE SATURDAY EVENING POST SOCIETY, A : <br> DIVISION OF THE BENJAMIN FRANKLIN : <br> LITERARY AND MEDICAL SOCIETY, and THE : <br> BENJAMIN FRANKLIN LITERARY AND : <br> MEDICAL SOCIETY, INC. : <br> : <br>                 *Defendants* : | Case No. 301 CV 1580 AHN <br><br><br><br> October 28, 2006 |

**PLAINTIFFS' WITHDRAWAL OF CLAIM FOR RELIEF**

This matter came before this Court on or about August 20, 2001. The Complaint contained the following three claims for relief: (1) tortious interference; (2) declaratory judgment as to the Plaintiffs' ownership of the Paintings at issue; and in the alternative, (3) abandonment of title by the Defendants. The Defendants thereafter filed counterclaims seeking a declaratory judgment as to ownership of the Paintings and an accounting by the Plaintiffs. On September 29, 2006, a decision was rendered disposing of the Plaintiffs' claims for declaratory judgment and abandonment of title and the

1

Defendants' counterclaims, thereby leaving only the Plaintiffs' claim of tortious interference unresolved.

Plaintiffs hereby unanimously withdraw their claim of tortious interference against the Defendants, thus disposing of this matter.

                    Respectfully submitted,
                    The Plaintiffs
                    William A. Stuart, M.D. and Jonathan Stuart

            By: _____
                  Sandra J. Akoury (ct 21279)
                  Law Offices of Sandra Akoury
                  426 Danbury Road
                  Wilton, Connecticut 06897

# **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via U.S. mail, postage prepaid on this 28th day of October, 2006, to the following counsel and *pro se* parties of record:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P,C.
350 Fairfield Avenue
Bridgeport, CT 06604

Kenneth J. Stuart Jr.
5 High Ridge Road
Wilton, CT 06897

Anthony F. LoCicero, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

Peter R. Stern, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

*Via hand-delivery:*

Paul J. Pacifico, Esq.
426 Danbury Road
Wilton, CT 06897

_____
Sandra J. Akoury