UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Bridgeport

| | |
|---|---|
| STUART & SONS, L.P., KENNETH STUART, EXECUTOR OF THE ESTATE OF KENNETH J. STUART, THE KENNETH J. STUART LIVING TRUST, KENNETH J. STUART, JR.<br><br>Plaintiffs,<br><br>-against-<br><br>THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC.,<br><br>Defendants. | Case No. 301 CV 1580 (AHN)<br><br>November 16, 2006 |

**PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**

The Plaintiffs Stuart & Sons, L.P., Kenneth Stuart, Executor of the Estate of Kenneth J. Stuart, and The Kenneth J. Stuart Living Trust, hereby submit this motion for the purpose of joining the Motion for Judgment on the pleadings previously filed by Plaintiffs William S. Stuart, M.D., and Jonathan Stuart on June 10, 2005. The purpose of this motion is consistency of the record in this case with previous pleadings submitted on behalf of the Plaintiffs' claims, in particular, the Application of the Court's September 29, 2006 Decision in this case.

Respectfully Submitted,
Stuart & Sons, L.P., The Estate
of Kenneth J. Stuart, and The Kenneth
J. Stuart Living Trust

BY   /s/_____
      MARY E. SOMMER (ct04345)
      SANDAK HENNESSEY & GRECO, LLP
      707 SUMMER STREET
      STAMFORD, CONNECTICUT 06901-1026
      (203) 425-4200  Telephone
      (203) 325-8608 Facsimile

## CERTIFICATION

      I hereby certify that on November 16, 2006 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                                 /s/
                                     Mary E. Sommer