UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
Bridgeport

STUART & SONS, L.P., KENNETH STUART, EXECUTOR OF THE ESTATE OF KENNETH J. STUART, THE KENNETH J. STUART LIVING TRUST, KENNETH J. STUART, JR.

Plaintiffs,

-against-

THE CURTIS PUBLISHING COMPANY, INC., THE SATURDAY EVENING POST SOCIETY, A DIVISION OF THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, and THE BENJAMIN FRANKLIN LITERARY AND MEDICAL SOCIETY, INC.,

Defendants.

Case No. 301 CV 1580 (AHN)

November 16, 2006

**PLAINTIFFS' WITHDRAWAL OF CLAIM FOR RELIEF**

The Plaintiffs Stuart & Sons, L.P., Kenneth Stuart, Executor of the Estate of Kenneth J. Stuart, and The Kenneth J. Stuart Living Trust, Jr. hereby submit this Withdrawal of Claim for Relief consistent with the Withdrawal of Claim for Relief filed by Plaintiffs William A. Stuart, M.D. and Jonathan Stuart on October 28, 2006. The basis for withdrawal of claim stated therein is repeated for the purpose of the record of withdrawal by these plaintiffs.

This matter came before this Court on or about August 20, 2001. The Complaint contained the following three claims for relief: (1) tortuous interference; (2) declaratory

judgment as to the Plaintiffs' ownership of the Paintings at issue; and in the alternative, (3) abandonment of title by the Defendants. The Defendants thereafter filed counterclaims seeking a declaratory judgment as to ownership of the Paintings and an accounting by the Plaintiffs. On September 29, 2006, a decision was rendered disposing of the Plaintiffs' claims for declaratory judgment and abandonment of title and the Defendants' counterclaims, thereby leaving only the Plaintiffs' claim of tortuous interference unresolved.

The undersigned Plaintiffs hereby unanimously withdraw their claim of tortious interference against the Defendants, thus disposing of this matter.

> Respectfully Submitted,
> Stuart & Sons, L.P., The Estate
> of Kenneth J. Stuart, and The Kenneth
> J. Stuart Living Trust
>
> BY   /s/
>       MARY E. SOMMER (ct04345)
>       SANDAK HENNESSEY & GRECO, LLP
>       707 SUMMER STREET
>       STAMFORD, CONNECTICUT 06901-1026
>       (203) 425-4200  Telephone
>       (203) 325-8608 Facsimile

## **CERTIFICATION**

I hereby certify that on November 16, 2006 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/
Mary E. Sommer
