<u>**UNITED STATES DISTRICT COURT**</u>

<u>**DISTRICT OF CONNECTICUT**</u>

FILED

2006 DEC 18 A 11: 14

US DISTRICT COURT

| | |
|---|---|
| STUART & SONS, L.P., ET AL<br>  Plaintiffs | Case No. 3:01 CV 1580 (AHN) |
| VS. | |
| THE CURTIS PUBLISHING COMPANY<br>INC., ET AL<br>  Defendants | December 15, 2006 |

## PLAINTIFF KENNETH STUART, JR.'S
## WITHDRAWAL OF CLAIM FOR RELIEF
## AND CONSENT TO ENTRY OF JUDGMENT

This matter came before this Court on or about August 20, 2001. The Complaint contained the following three claims for relief: (1) tortious interference; (2) declaratory judgment as to the Plaintiffs' ownership of the Paintings at issue; and in the alternative, (3) abandonment of title by the Defendants. The Defendants thereafter filed counterclaims seeking a declaratory judgment as to ownership of the Paintings and an accounting by the Plaintiffs. On September 29, 2006, a decision was rendered disposing of the Plaintiffs' claims for declaratory judgment and abandonment of title and the Defendants' counterclaims, thereby leaving only the Plaintiffs' claim of tortious interference unresolved.

1

Plaintiff Kenneth Stuart, Jr. hereby withdraws his claim of tortious interference against the Defendants. Plaintiff Kenneth Stuart, Jr. also consents to the entry of judgment in accordance with the court's September 29, 2006 decision.

Respectfully submitted,
The Plaintiff

KENNETH J. STUART, JR.

_____
PRO SE

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. mail, postage prepaid on this 15th day of December, 2006, to the following counsel and *pro se* parties of record:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P,C.
350 Fairfield Avenue
Bridgeport, CT 06604

Sandra J. Akoury, Esq.
426 Danbury Road
Wilton, CT 07897

Anthony F. LoCicero, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

Peter R. Stern, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Paul J. Pacifico, Esq.
426 Danbury Road
Wilton, CT 06897

_____
KENNETH J. STUART, JR.

3