# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Stuart + Sons, LP et al

v.

Curtis Publishing Co, Inc,
et al

**APPEARANCE**

CASE NUMBER: 3:01CV1580

12.19.06

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Kenneth Stuart, Jr.

_12.19.06_
Date

_CT 04147_
Connecticut Federal Bar Number

_203.624.4165_
Telephone Number

_203.865.5598_
Fax Number

_wfg@gallagher-law/inm.com_
E-mail address

_[signature]_
Signature

_William F. Gallagher_
Print Clearly or Type Name

_P.O. Box 1925_
Address

_1377 Boulevard_
_New Haven, Conn_
_06509_

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached

FILED 2006 DEC 19 P 12:34

_[signature]_
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via U.S. mail, postage prepaid on this 15th day of December, 2006, to the following counsel and *pro se* parties of record:

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Sandra J. Akoury, Esq.
426 Danbury Road
Wilton, CT 07897

Anthony F. LoCicero, Esq.
Amster, Rothstein & Ebenstein, LLP
90 Park Avenue
New York, NY 10016

Mary E. Sommer, Esq.
Sandak, Hennessey & Greco, LLP
707 Summer Street
Stamford, CT 06901

Peter R. Stern, Esq.
McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Kenneth Stuart, Jr.
Norwalk, Conn

Paul J. Pacifico, Esq.
426 Danbury Road
Wilton, CT 06897

_____
~~KENNETH J. STUART, JR.~~
William F. Gallagher

3