UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STUART & SONS, L.P.,
THE ESTATE OF KENNETH J. STUART,
THE KENNETH J. STUART LIVING TRUST,
KENNETH J. STUART, JR.,
WILLIAM A. STUART, M.D.,
and JONATHAN STUART,

       Plaintiffs,

v.    No. 3:01-CV-01580 (AHN)

THE CURTIS PUBLISHING COMPANY, INC.,
THE SATURDAY EVENING POST SOCIETY,
A DIVISION OF THE BENJAMIN FRANKLIN
LITERARY AND MEDICAL SOCIETY, and
THE BENJAMIN FRANKLIN LITERARY AND
MEDICAL SOCIETY, INC.,

       Defendants.

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas pursuant to the parties' cross-motions for summary judgment. The court heard oral argument on February 27, 2006, and has reviewed all of the parties' filings in conjunction with the motions.

On September 29, 2006, a Ruling on the Cross-Motions for Summary Judgment was filed denying the defendants' motion and granting the plaintiffs' motion as to all claims except the claim of tortious interference with business expectancies. On October 31, 2006, the court granted the plaintiffs Jonathan and William Stuart's motion to withdraw with prejudice count one of the complaint, the claim of tortious interference with business expectancies.

At a hearing held on December 19, 2006, the court granted plaintiff Kenneth Stuart Jr.'s oral motion to join Jonathan and William Stuart's motion for judgment on the pleadings. On

December 27, 2006, the court granted plaintiff Stuart & Sons, LP's motion to join Jonathan and William Stuart's motion for judgment on the pleadings and granted its motion to withdraw with prejudice count one of the complaint, the claim of tortious interference with business expectancies.  On that same date, the court granted Kenneth Stuart, Jr.'s motion for judgment and his motion to withdraw with prejudice count one of the complaint, the claim of tortious interference with business expectancies.

    Therefore it is ORDERED and ADJUDGED that judgment is entered for the plaintiffs and the case is closed.

    Dated at Bridgeport, Connecticut, this 29th day of December, 2006.

KEVIN F. ROWE, CLERK

By:___/s/_____
      Alice Montz
      Deputy Clerk

Entered on Docket_____